UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, individually and on behalf of all others similarly situated, SUNNY RED BEAR, individually and on behalf of all others similarly situated, and GEORGE BETTELYOUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, CONNIE UHRE, and NICHOLAS UHRE,<br><br>Defendants,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 20, JANE DOES 1 through 20, and ABC CORPORATIONS 1 through 20,<br><br>Third-Party Defendants. | Civ. No. 5:22-cv-05027-LLP<br><br>**DEFENDANTS' AMENDED EXHIBIT LIST** |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

Defendants Retsel Corporation d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, Connie Uhre, and Nicholas Uhre ("Defendants") hereby submit their attached amended exhibit list for trial. The final exhibit list that Defendants will present at trial is dependent on several factors, including (a) the witnesses that the Plaintiffs present during their case-in-chief and (b) any further rulings by the Court on any further motions or objections. This list is presented without waiver of any objections of any party in regard to authenticity, admissibility or on any other ground. Defendants note that there is a large volume of video, social media, email, and text message evidence and that out of an abundance of caution Defendants have identified certain material as exhibits, with the understanding it is subject to the scope of evidence at trial. Defendants further note that they are still in the process of formatting the list to conform to the instructions received by the Clerk and will have their exhibit list properly formatted prior to trial.

Respectfully Submitted,

Dated: August 30, 2024

/s/ Haylee Culver

Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani
3523 45th Street South, Suite 100
Fargo, North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendants***

And

Heather E. Stern (Admitted Pro Hac Vice)
Messner Reeves LLP
611 Anton Blvd., Suite 450
Costa Mesa, CA 92626
Telephone: 949.612.9128
hstern@messner.com
***Attorneys for Defendants***

| Def. Ex. No. | Bates No. | Document | Date Introduced | Date Admitted |
|---|---|---|---|---|
| 201 | IN-RETSEL000001 | Note from Native American with positive review of Hotel | | |
| 202 | IN-RETSEL000002 | Guest reservation policies | | |
| 203 | IN-RETSEL000003-4 | Guest reservation policies | | |
| 204 | IN-RETSEL000005 | Guest polices regarding rebates and coupons | | |
| 205 | IN-RETSEL000006 | New weekly rates | | |
| 206 | IN-RETSEL000007 | Do not rent reasons | | |
| 207 | IN-RETSEL000008 | Expedia receipt with guest policies from GGH | | |
| 208 | IN-RETSEL000009 | GGH Guest sign-out sheet with guest policies | | |
| 209 | IN-RETSEL000010-16 | Hermus Bettelyoun Facebook posts | | |
| 210 | IN-RETSEL000017-27 | Booking.com site identifying GGH Guest policies | | |
| 211 | IN-RETSEL000028-34 | Expedia.com site identifying GGH Guest policies | | |
| 212 | IN-RETSEL000035 | Acknowledgement of Hotel Policies regarding room deposits and the consequence of disobeying hotel policy to Front Desk Staff | | |
| 213 | IN-RETSEL000036 | Policies regarding early morning check ins and locals | | |
| 214 | IN-RETSEL000037 | Doctored email | | |
| 215 | IN-RETSEL000038-65 | Receipts of Sunny Red Bear and Hermus Bettelyoun stays at GGH along with notes identifying when they stayed at the hotel | | |
| 216 | IN-RETSEL000066-82 | Retsel Employee Handbook | | |
| 217 | IN-RETSEL000083 | Roommaster Data (AEO) | | |
| 218 | IN-RETSEL000084 | Roommaster Data (AEO) | | |
| 219 | IN-RETSEL000085 | Roommaster Data (AEO) | | |
| 220 | IN-RETSEL000086 | Roommaster Data (AEO) | | |
| 221 | IN-RETSEL000087 | Video #1 (3/21/22) - Audio recording of Sunny Red Bear | | |
| 222 | IN-RETSEL000088 | Video #2 - Video of Nick Tilsen with Police | | |
| 223 | IN-RETSEL000089 | Video #3 (3/22/22) - Video of NDN Members (Alternate view ) Part 1 | | |
| 224 | IN-RETSEL000090 | Video #4 (3/22/22) - Video of NDN Members (Alternate view ) Part 2 | | |
| 225 | IN-RETSEL000091 | Video #5 (3/22/22) - Video of NDN Members Part 1 | | |
| 226 | IN-RETSEL000092 | Video #6 (3/22/22) - Video of NDN Members Part 2 | | |
| 227 | IN-RETSEL000093 | Video #7 (3/22/22) - Video of Customer turned away Part 1 | | |
| 228 | IN-RETSEL000094 | Video #8 (3/22/22) - Video of Customer turned away Part 2 | | |
| 229 | IN-RETSEL000095 | Video #9 (3/22/22) - Video of Customer turned away Part 3 | | |
| 230 | IN-RETSEL000096 | Video #10 (3/22/22) - Video of Customer turned away Part 4 | | |
| 231 | IN-RETSEL000097 | Video #11 (3/22/22) - Video of Guest turned away for local ID | | |
| 232 | IN-RETSEL000098 | Video #12 (3/22/22) - Video of Guest turned away at door (View from Airlock) | | |
| 233 | IN-RETSEL000099 | Video #13 (3/22/22) - Video of Guest turned away at door (View from front desk) | | |
| 234 | IN-RETSEL000100 | Video #14 (3/21/22) - Video of Cheers front entrance (after incident) | | |
| 235 | IN-RETSEL000101 | Video #15 (3/21/22) - Video of Front Canopy (After incident) | | |
| 236 | IN-RETSEL000102 | Video #16 (3/21/22) - Video of Front Canopy (Before incident) (Part 1) | | |
| 237 | IN-RETSEL000103 | Video #17 (3/21/22) - Video of Front Canopy (Before incident) Part 2 | | |
| 238 | IN-RETSEL000104 | Video #18 (3/21/22) - Video of Front Canopy (Before incident) Part 3 | | |
| 239 | IN-RETSEL000105 | Video #19 (3/21/22) - Video of Front Canopy (During incident) Part 1 | | |
| 240 | IN-RETSEL000106 | Video #20 (3/21/22) - Video of Front Canopy (During incident) Part 2 | | |
| 241 | IN-RETSEL000107 | Video #21 (3/21/22) - Video of Parking Lot (After Incident) Part 1 | | |
| 242 | IN-RETSEL000108 | Video #22 (3/21/22) - Video of Parking Lot (After Incident) Part 2 | | |
| 243 | IN-RETSEL000109 | Video #23 (3/21/22) - Video of Parking Lot (During Incident) Part 1 | | |
| 244 | IN-RETSEL000110 | Video #24 (3/21/22) - Video of Parking Lot (During Incident) Part 2 | | |
| 245 | IN-RETSEL000111 | Video #25 (3/21/22) - Video of Side of Parking Lot (During Incident) | | |
| 246 | IN-RETSEL000112 | Video #26 (3/21/22) - Video of Sunny Red Bear Front Desk (Part 1) | | |
| 247 | IN-RETSEL000113 | Video #27 (3/21/22) - Video of Sunny Red Bear Front Desk (Part 2) | | |
| 248 | IN-RETSEL000114 | Video #28 (3/21/22) - Video of Sunny Red Bear Front Desk (Part 3) | | |
| 249 | IN-RETSEL000115 | Video #29 (3/21/22) - Video of Sunny Red Bear Front Desk (Part 4) | | |
| 250 | NUHRE000001 | Video #30 (3/22/22) - Video from Nick's phone | | |
| 251 | NDN0003489 | Video Boycott at hotel | | |
| 252 | NDN0003715 | Video Boycott video with voice talking about racism | | |
| 253 | NDN0003732 | Boycott video | | |
| 254 | NDN0003737 | Boycott video with voice talking about racism | | |
| 255 | NDN0004290 | TicTok video counting on lincoln for his role in Dakota genecide | | |
| 256 | NDN0004419 | Video Connie spraying Pledge. | | |
| 257 | NDN0004645 | Video | | |
| 258 | NDN0004820 | Live stream Grand Gateway Hotel Travel Nations boycotted | | |
| 259 | NDN0004821 | Grand Gateway audio of Sunny going to rent a room | | |
| 260 | NDN0004822 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 261 | NDN0004823 | Video Connie spraying Pledge | | |
| 262 | NDN0004824 | Video NDN Collective trying to rent rooms with transcription | | |
| 263 | NDN0004825 | Boycott video | | |
| 264 | NDN0004826 | Boycott video | | |
| 265 | NDN0004827 | Video Speech at end of March | | |
| 266 | NDN0004828 | Video RE Boycotts NDN Live with Sunny, Korina and Sarah Manning | | |

| | | | | |
|---|---|---|---|---|
| 267 | NDN0004866 | Video March to Grand Gateway | | |
| 268 | NDN0004869 | Voice recording of NDN Collective trying to rent rooms- Nick speaking | | |
| 269 | NDN0004870 | Video | | |
| 270 | NDN0004873 | Video Native American Column, Shawn Spree -History of Racism and GGH | | |
| 271 | NDN0004874 | Video NDN Collective trying to rent rooms | | |
| 272 | NDN0004875 | Video NDN Collective trying to rent rooms Nick asking them to leave | | |
| 273 | NDN0004876 | Video NDN Collective trying to rent rooms - audio only | | |
| 274 | NDN0004877 | Video NDN Collective trying to rent rooms Nick asking them to leave | | |
| 275 | NDN0004878 | Audio Only Sunny trying to rent room | | |
| 276 | NDN0004879 | Audio Only Sunny trying to rent room talking about no locals policy | | |
| 277 | NDN0005064 | Tik Tok vidoe Bad or Good NDN | | |
| 278 | NDN0005066 | Boycott Conny sprays pledge (Long full video) | | |
| 279 | NDN0005070 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 280 | NDN0005073 | Video Light Projection- gong on Hotel property knocking lights down | | |
| 281 | NDN0005076 | Video Tribal Leaders deliver Notice of Trespass to Grand Gateway | | |
| 282 | NDN0005079 | Video Eviction Notice placed over Grand Gateway Sign | | |
| 283 | NDN0005083 | Video Boycott | | |
| 284 | NDN0005084 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 285 | NDN0005085 | Video NDN Live Sunny, Korina and Sarah Manning re update what is going on | | |
| 286 | NDN0005086 | Video NDN Collective female speaking at Boycott | | |
| 287 | NDN0005087 | Video NDN Collective female speaking at Boycott | | |
| 288 | NDN0005088 | Video NDN Live Sunny, Korina and Sarah Manning re update what is going on | | |
| 289 | NDN0005089 | Audio and Video NDN Collective stream No SOUND | | |
| 290 | NDN0005090 | Video March to Grand Gateway | | |
| 291 | NDN0005091 | Video Speech at end of March | | |
| 292 | NDN0005098 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 293 | NDN0005111 | Video Conny spraying Sunny Red Bear in face | | |
| 294 | NDN0005127 | Video Light Projection- gong on Hotel property knocking lights down | | |
| 295 | NDN0005132 | Video Sunny Red Bear advertising Live stream today re: kick off of boycott | | |
| 296 | NDN0005138 | Video Boycott encouraging people to come out and support them | | |
| 297 | NDN0005143 | Video Boycott sign being held by man- we are going to shut you down- Hermus? | | |
| 298 | NDN0005148 | Video Sarah Manning and Sunny on NDN Live talking about racism | | |
| 299 | NDN0005152 | Video Tribal Leaders deliver Notice of Trespass to Grand Gateway | | |
| 300 | NDN0005160 | Video Eviction Notice placed over Grand Gateway Sign | | |
| 301 | NDN0005697 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 302 | NDN0005702 | Video When Connie sprays Sunny leading up to spraying | | |
| 303 | NDN0005708 | Video Tribal Leaders deliver Notice of Trespass to Grand Gateway | | |
| 304 | NDN0005712 | Video NDN Collective trying to rent rooms with transcription | | |
| 305 | NDN0005717 | Video Sunny trying to rent room with transcription whole conversation | | |
| 306 | NDN0005725 | Boycott | | |
| 307 | NDN0005731 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 308 | NDN0005734 | Video NDN Collective live stream re: update on boycott etc. | | |
| 309 | NDN0005746 | Video Speech at end of March | | |
| 310 | NDN0005755 | Video NDN Live Sunny, Korina and Sarah Manning re update what is going on | | |
| 311 | NDN0005763 | Video NDN Collective | | |
| 312 | NDN0005769 | Video NDN Collective | | |
| 313 | NDN0005772 | March to Grand Gateway | | |
| 314 | NDN0005775 | Video Sunny Red Bear advertising Live stream today re: kick off of boycott | | |
| 315 | NDN0005778 | Video NDN Live Sunny, Korina and Sarah Manning re update what is going on | | |
| 316 | NDN0005781 | Boycott | | |
| 317 | NDN0005784 | Video Sunny Red Bear Connie spraying Pledge and being arrested | | |
| 318 | US-000530-000534 | March 20 to 26- 2022 payroll | | |
| 319 | No Bates Numbers Deposition of Clarity Self May 23, 2023; Deposition of Kimberly Shaver | Cheat Sheet Upgrade by TK | | |
| 320 | IN-RETSEL000193-000232 | Grand Gateway Hotel Front Desk Communication Log and Reference Guide for Commonly Used Procedures | | |
| 321 | IN-RETSEL000342-000424 | 2020-Grand Gateway Hotel Front Desk Communication Log and Reference Guide for Commonly Used Procedures. 12-31-2020: We will accept reservations from Rapid City residents. | | |
| 322 | US-000170-000446 | January 1, 2021 - April 30, 2022 All Guests who stayed at the Grand Gateway | | |
| 323 | No Bates Numbers Deposition of Clarity Self May 23, 2023 | Video | | |
| 324 | No Bates Numbers Deposition of Clarity Self May 23, 2023 | Video | | |
| 325 | No Bates Numbers Deposition of Clarity Self May 23, 2023 | Video | | |

| | | | | |
|---|---|---|---|---|
| 326 | NUHRE001792-001795 | 4-12-2022-email re: guest payment procedure. We do not accept local residents within a 20 miles radius of Rapid City. | | |
| 327 | No Bates Numbers | 10-2020 - Print out Who is our Guest? Orientation | | |
| 328 | NUHRE001949-001952 | 3-20-2022- Email from Kent Hagg Take me off this email re: Nick Uhre is sending emails about the MacArthur Grant and talking about Geraldine Blue Bird selling drugs etc. | | |
| 329 | No Bates Deposition of Kimberly Shaver May 24, 2023 | Video | | |
| 330 | No Bates Deposition of Kimberly Shaver May 24, 2023 | Video | | |
| 331 | IN-RETSEL000168 | Sign-Cheers Bar- No Backpacks, Sunglasses, Hoodies Up, grocery bags, tank tops, bandanas or weapons | | |
| 332 | NDN0000506 | NDN Collective Organizational chart | | |
| 333 | NDN0000147-0000154 | 3-21-2022 Email from Hermus Bettelyoun to Sunn re:Copy of Nick Uhre's email 3-20-22 re shooting at the Grand Gateway Hotel. No Natives on property | | |
| 334 | IN-RETSEL000648 | Audio- Sunny Red Bear Renting a Room on March 21, 2022 | | |
| 335 | IN-RETSEL000643 | 3-21-2022-Video_OT Front-Canopy | | |
| 336 | IN-RETSEL000645 | 3-21-2022-Video_OT Front-Canopy | | |
| 337 | NDN0000129 | 3-24-2022 Email from Sherrie @ndncollective.org re: Notes from organizing boycott | | |
| 338 | NUHRE000075 | Video | | |
| 339 | NUHRE000076 | Video | | |
| 340 | NDN0003172-0003173 | 4-2-2022 Text Messages Sunny and Nick Tilsen re: Grand Gateway got the Marshall's arena football team to stay at their hotel Sunny went to practice & raised hell and now they are going back to their original hotel. I said unless you wanna be on National news tomorrow supporting racism. | | |
| 341 | NDN0003282 | Video | | |
| 342 | NDN0000423-0000424 | Boycott Grand Gateway Hotel Flyer | | |
| 343 | NDN0003089-0003097 | 6-29-2022 Freedom Lodge Inc. Historical Trauma Session Client Intake Form for Sunny Red Bear. Post Traumas & navigating possible separation | | |
| 344 | NDN0000449 | Facebook post to Sunny re: path forward or building bridge. Miscommunication by Quincy Bear Robe. | | |
| 345 | NDN0003262 | Facebook Post by Justin Uhre re: What the NDN collective is doing is not right. Sunny and Tilsen are exploiting his mom | | |
| 346 | NDN0002242-0002247 | 4-8-2015 Office Visit in Allina Health Coon Rapids Clinic (George Bettelyoun) | | |
| 347 | IN-RETSEL000579-000580 | 6-5-2020- Rapid City Police Department. George reported being harassed at the Grand Gateway Hotel by Nick Uhre. George on Facebook said he was verbally assaulted and spit on | | |
| 348 | NDN0001271-0001274 | 6-5-202- Refill in Allina Health Uptown Clinic. Allergies. Notes contain pages of medications George takes or has taken | | |
| 349 | NDN0001259-0001270 | 6-29-2020- Phone visit in Allina Health Uptown Clinic Sinus pain and pressure. On 9-1-2020 George was assaulted outside of a restaurant in Coon Rapids | | |
| 350 | NDN0000850-0000851 | 12-9-2021- Telemedicine in Allina Health Mental Health-Unity Clinic- Severe depression and severe anxiety. | | |
| 351 | IN-RETSEL000143-000145 | 1-3-2013-Minutes of Special Meeting of Shareholders and Directors of Retsel. Board amended to 6: Chad, Nick Judd, Josh, Rod Antes and Leslie Sherry | | |
| 352 | IN-RETSEL000146 | April 24, 202- Minutes of Retsel Corp. Annual Shareholders and Board Meeting. Connie voted in for President. | | |
| 353 | No Bates Numbers | About Us page from Hotels4Humanity.com-supplies for hotels | | |
| 354 | IN-RETSEL000583-000586 | April 14, 2022 Letter to Ms. Ramsdell of the US Department of Justice from Nick Uhre re:In short, Ms. Uhre's social media post did not reflect any policy of the Company. Connie Uhre did not and could not unilaterally effect a policy of the company, discriminatory or otherwise | | |
| 355 | NDN0000138-0000146 | 3-25-2022 Email from Hermus Bettelyoun to Nick Tilsen re: Shooting at the Grand Gateway Hotel from Nick Uhre. "I really do not want Natives on property." | | |
| 356 | NDN0003723-0003725 | 3-21-2022 Post of Hermus Bettelyoun re: posts email about not wanting Natives on property that Nick wrote (allegedly) Hermus is organizing a boycott and protest | | |
| 357 | IN-RETSEL000624 | 3-22-2022 Video- Front desk-1 | | |
| 358 | NDN0000066-0000067 | Screen shot of NDN Collective website re: On April 20th NDN Collective held an action at the Foothills Inn to kick off a boycott of all properties owned by the Uhre family | | |
| 359 | NDN0003399-0003403 | 4-29-2022 Text Message exchange between Father, Sunny Red Bear and Hermus Bettelyoun re: Post by Joe kris Brewer | | |
| 360 | NUHRE000007 - 17 | Hermus Bettelyoun Facebook Profile | | |
| 361 | NUHRE000097 | Hermus Bettelyoun Facebook Post | | |
| 362 | NDN0000139-140 | E-mail | | |
| 363 | NDN0003366-0003394 | Text Messages | | |
| 364 | NDN0003668-0003669 | Text Messages | | |
| 365 | NDN0004099-0004105 | Text Messages | | |
| 366 | NDN0004867 | Organizational Chart of NDN Collective | | |
| 367 | NDN0004454-0004455 | Text Messages Bre and Sunny Red Bear 6-12-2022 | | |
| 368 | NDN0000296 | Email-Bre to community 4 videos Nick C and Bre took today March 22, 2022 | | |
| 369 | NDN0004868 | Text Message between her and her sister "Tried to check into Gateway this am, he told us to get out, no Indians allowed. Gee." | | |
| 370 | NDN0004871 | Nick Cottier Facebook Posts | | |
| 371 | IN-RETSEL001264-001267 | Mandatory Staff Meeting Flyer | | |
| 372 | IN-RETSEL001263 | Notes for Meeting 4-12-2022 Basic Items and Doing away with no locals policy | | |
| 373 | NUHRE029856 | March 29. 2022 Josh Uhre Facebook Post- Apology | | |

| | | | | |
|---|---|---|---|---|
| 374 | NUHRE001985-001990 No Exhibit TagExhi | 3-20-2022 Emails-from Nicholas to hotels re: Shooting at the Grand Gateway Hotel. Please send all problem guests to the Hampton Inn and TKO properties | | |
| 375 | NUHRE001906-001907 No Exhibit Tag | 3-22-2022 Email from Darsha Nelson re: send me you statement. Reporter for NBC. Nick our family speaks in "blow up" statements | | |
| 376 | NUHRE000029-000032 | March 22, 2022 Nick Uhre Official Statement | | |
| 377 | NDN0003414-NDN0003415 | 3-22-2022 Text Messages- Monique, Muffie and Father re: at Grand Gateway. Before you go in meet me at the church. | | |
| 378 | https://www.youtube.com/watch?v=ua5TdsXUvt0 | YouTube Video - NDN Collective YouTube channel - Audio and images 3/21/22 | | |
| 379 | NDN0003609-NDN0003612 | Text Messages- Discussing putting bad reviews on Google and Yelp | | |
| 380 | CUHRE000057 | Front Desk To-Do | | |
| 381 | IN-RETSEL001660-001661 | Rapid City Police Department- Calls from Connie from 5-26-20 to 6-17-23 | | |
| 382 | IN-RETSEL002145-002146 | Grand Gateway Hotel Profit & Loss January 2019 through December 2023 | | |
| 383 | IN-RETSEL001862-001909 | Rapid City Police Department CFS Log | | |
| 384 | NUHRE032164 | Spread Sheet | | |
| 385 | IN-RETSEL002143-002144 | Grand Gateway Hotel Balance Sheet | | |
| 386 | No Bates | Brandon Ferguson Facebook Posting | | |
| 387 | NDN00003327-0003330 | 3-21-2022 Text message to Sunny Red Bear re: Sunny shared Grand Gateways Facebook page from Connie Uhre. | | |
| 388 | NDN0005854 | 4-21-2022 Email from Boycott Grand Gateway re: writing emails. | | |
| 389 | No Bates Numbers 8 pages | Excel Spreadsheet re: Amy listed as a volunteer for the boycott. It's a list of volunteers. | | |
| 390 | NDN0005914 | Native excel spreadsheet | | |
| 391 | NDN0004164-0004165 | 5-27-2022 Text Message Sunny Red Bear and Amy Sazue re: Sazue time to release Nick's number. | | |
| 392 | NDN0004408-0004409 | 4-12-2022 Text messages Sunny Red Bear and Amy Sazue re: Sazue sign me up for the boycott, for the online review team | | |
| 393 | NDN0004236-0004327 | 11-3-2022 Text messages between Sunny Red Bear and Amy Sazue re: Photo of Josh Uhre at Tally's . Sazue: He keeps looking at us | | |
| 394 | JUHRE000018 | UR Uhre Racist postings Screen Shot | | |
| 395 | IN-RETSEL001634 | Grand Gateway Hotel Revenue Report | | |
| 396 | IN-RETSEL000581 | Front Desk Credit Card Manual (October 2020) | | |
| 397 | NUHRE007931 | Reopening email to front desk (April 7, 2022) | | |
| 398 | NUHRE007932 | Reopening memo to front desk and policies (April 7, 2022) | | |
| 399 | No bates number (produced 7/23/24) | NDN Collective Employee List | | |
| 400 | IN-RETSEL001910-1914 | 2019 Tax returns (partial) | | |
| 401 | IN-RETSEL001915-1986 | 2021 Tax returns | | |
| 402 | IN-RETSEL001987-2068 | 2022 Tax Returns | | |
| 403 | IN-RETSEL002069-2142 | 2023 Tax Returns | | |
| 404 | IN-RETSEL002147-2199 | 2020 Tax Returns | | |
| 405 | NDN 6077-6115 | Alicia Little Bear and other invoices | | |
| 406 | IN RETSEL002633-2635 | Century Glass invoices | | |
| 407 | IN-RETSEL 2636-2639 | Land title survey map of hotel property | | |
| 408 | IN-RETSEL 2639-2644 | Customer records | | |
| 409 | IN-RETSEL 2645-2670 | Marshal's football booking and cancellation documents | | |
| 410 | IN-RETSEL 2671-2697 | STR Trend Report created 7/25/24 | | |
| 411 | IN-RETSEL 2698-2710 | STR Trend Report | | |
| 412 | IN-RETSEL 2205 | Excel – STR Trend Report | | |
| 413 | IN-RETSEL 2206 | Excel – STR Trend Report | | |
| 414 | IN-RETSEL 2207 | Excel – Running comparison sheets | | |
| 415 | IN-RETSEL 2208 | Excel – Running comparison sheets | | |
| 416 | IN-RETSEL 2209 | Excel – Running comparison sheets | | |
| 417 | IN-RETSEL 2210 | Excel – Running comparison sheets | | |
| 418 | IN-RETSEL 2211 | Excel – Running comparison sheets | | |
| 419 | IN-RETSEL 2212 | Excel – Running comparison sheets | | |
| 420 | IN-RETSEL 2213 | Excel – Running comparison sheets | | |
| 421 | IN-RETSEL 2214 | Excel – Running comparison sheets | | |
| 422 | IN-RETSEL 2215 | Excel – Running comparison sheets | | |
| 423 | IN-RETSEL 2216 | Excel – Running comparison sheets | | |
| 424 | IN-RETSEL 2217 | Excel – Running comparison sheets | | |
| 425 | IN-RETSEL 2218-2259 | Room revenue by date range and rate | | |
| 426 | IN-RETSEL 2260-2313 | Room revenue by date range and rate | | |
| 427 | IN-RETSEL 2314-2379 | Room revenue by date range and rate | | |
| 428 | IN-RETSEL 2380-2383 | Room revenue by date range and rate | | |
| 429 | IN-RETSEL 2384-2423 | Cancellation with notes | | |
| 430 | IN-RETSEL 2424-2425 | Expedia and bookings production summaries | | |
| 431 | IN-RETSEL 2426-2488 | Room revenue by date range and rate | | |
| 432 | IN-RETSEL 2489-2545 | Room revenue by date range and rate | | |
| 433 | IN-RETSEL 2546-2631 | Room revenue by date range and rate | | |
| 434 | IN-RETSEL 2632 | Room revenue by date range and rate | | |
| 435 | IN-RETSEL 2715-2726 | Perkins Lease | | |
| 436 | | Foothills Inn, Inc. corporate organization and tax ID documents and bank account documents sufficient to show it is a separately organized entity and not the same as Retsel Corp. | | |
| 437 | IN-RETSEL 116-146, 172-177, 178, 500-505, 534-539, 540 | Retsel formation documents and minutes and share transfer documents | | |
| 438 | IN-RETSEL159-166 | Retsel bylaws | | |
| 439 | IN-RETSEL 147-154 | Retsel policies | | |
| 440 | IN-RETSEL 155-158 | Booking receipt | | |
| 441 | IN-RETSEL 167 | Checking in | | |
| 442 | IN-RETSEL 169-170 | Hotel complaint | | |
| 443 | IN-RETSEL 171 | Hotel compliment | | |
| 444 | IN-RETSEL 179 | Front desk sheet | | |
| 445 | IN-RETSEL 180 | Deposit policies | | |
| 446 | IN-RETSEL 184-188 | Expedia receipt example | | |

| | | | | |
|---|---|---|---|---|
| 447 | IN-RETSEL 189 | Expedia receipt example email | | |
| 448 | IN-RETSEL 190-191 | Example message from GGH re hotel policies | | |
| 449 | IN-RETSEL 192 | Video Front Desk 3-21-2022, 10.05.41pm-3-21-2022, 10.06.09pm.mp3 | | |
| 450 | IN-RETSEL 338-339 | Discount card left in all rooms for booking direct | | |
| 451 | IN-RETSEL 340 | Pool rules | | |
| 452 | IN-RETSEL 470-471 | GGH receipt example | | |
| 453 | IN-RETSEL 472 | Security help wanted post (security duties) | | |
| 454 | IN-RETSEL 473-474 | Help wanted hotel night operator | | |
| 455 | IN-RETSEL 475-485 | GGH website w/ policies listed | | |
| 456 | IN-RETSEL 486-492 | GGH webpage on Expedia with policies | | |
| 457 | IN-RETSEL 493-495 | GGH web page on reservation desk.com with policies | | |
| 458 | IN-RETSEL 496-498 | Hours and names of employees working 3/20-3/26/22 | | |
| 459 | IN-RETSEL 499 | Making a reservation includes implementation of incidental fee | | |
| 460 | IN-RETSEL 541 | Chart re implementation of hotel policies | | |
| 461 | IN-RETSEL 542 | Special rates for Sturgis | | |
| 462 | IN-RETSEL 549 | Hotel policies | | |
| 463 | IN-RETSEL 550-551 | Safe room policy | | |
| 464 | IN-RETSEL 554 | Memo to front desk re credit card policy | | |
| 465 | IN-RETSEL 555 | Hotel policy re push day | | |
| 466 | IN-RETSEL 556 | Policies re how to properly handle an incident (police) | | |
| 467 | IN-RETSEL 557 | Special rate for Sturgis | | |
| 468 | IN-RETSEL 558 | Broken windows at GGH | | |
| 469 | IN-RETSEL 559 | List of do not rent reasons | | |
| 470 | IN-RETSEL 560 | Complaint about no local policy | | |
| 471 | IN-RETSEL 561-577 | Retsel employee handbook | | |
| 472 | IN-RETSEL 578 | Lakota graffiti on GGH | | |
| 473 | IN-RETSEL 582 | Video of cops notified no trespassing | | |
| 474 | IN-RETSEL 596-597 | Flyer re boycott | | |
| 475 | | Documents of corporate formation of Uhre Realty and identification of ownership | | |
| 476 | IN-RETSEL 598 | Ring of fire | | |
| 477 | IN-RETSEL 605 | Video of customer turned away | | |
| 478 | IN-RETSEL 606 | Video of customer turned away | | |
| 479 | IN-RETSEL 607 | Video of customer turned away | | |
| 480 | IN-RETSEL 608 | Video of customer turned away | | |
| 481 | IN-RETSEL 609 | Photo during Red Bear incident | | |
| 482 | IN-RETSEL 610 | Guest turned away | | |
| 483 | IN-RETSEL 611 | Fist bump | | |
| 484 | IN-RETSEL 614 | Vlideo George Bettelyoun part 1 | | |
| 485 | IN-RETSEL 616 | Video George Bettelyoun part 2 | | |
| 486 | IN-RETSEL 618 | Video Geoge Bettelyoun airlock | | |
| 487 | IN-RETSEL 620 | Video customers turned away | | |
| 488 | IN-RETSEL 621 | Video customer turned away | | |
| 489 | IN-RETSEL 622 | Video customer turned away | | |
| 490 | IN-RETSEL 623 | Video customer turned away | | |
| 491 | IN-RETSEL 625 | Video NDN | | |
| 492 | IN-RETSEL 626 | Video couple turned away | | |
| 493 | IN-RETSEL 627 | Video Sunny Red Bear | | |
| 494 | IN-RETSEL 628 | Video Sunny Red Bear | | |
| 495 | IN-RETSEL 630 | Video Sunny Red Bear | | |
| 496 | IN-RETSEL 631 | Video NDN | | |
| 497 | IN-RETSEL 632 | Video NDN | | |
| 498 | IN-RETSEL 633 | Video Native Americans check in | | |
| 499 | IN-RETSEL 646 | Video Sunny Red Bear | | |
| 500 | IN-RETSEL 650 | Video Nick Tilsen | | |
| 501 | IN-RETSEL 655-701 | Corporate documents Retsel Corp. | | |
| 502 | NUHRE0003 | Hermus Bettelyoun FB post | | |
| 503 | NUHRE00017 | Hermus Bettelyoun FB post | | |
| 504 | NUHRE00033-50 | Nick Uhre FB post | | |
| 505 | NUHRE00066 | Ryan Kimball post | | |
| 506 | NUHRE00074 | Hermus Bettlyoun FB post | | |
| 507 | NUHRE00095 | Flyer | | |
| 508 | NUHRE00098 | Bill knight post | | |
| 509 | NUHRE00099 | Carrie Middle Tent/Bill knight post Raise some hell | | |
| 510 | NUHRE000104 | Nick Uhre FB post | | |
| 511 | NUHRE000106 | Nick Uhre FB video | | |
| 512 | NUHRE000108 | Nick Uhre FB post | | |
| 513 | IN-RETSEL 709 | Website review | | |
| 514 | IN-RETSEL 718 | Customer review | | |
| 515 | IN-RETSEL 724-725 | Guest complaint | | |
| 516 | IN-RETSEL 755-757 | Expedia communication | | |
| 517 | IN-RETSEL 758-765 | Expedia investigation resolved | | |
| 518 | IN-RETSEL 777 | Customer refund | | |
| 519 | IN-RETSEL 778-779 | Guest review | | |
| 520 | IN-RETSEL 780-784 | Expedia investigation | | |
| 521 | IN-RETSEL 785-789 | Nick response to Expedia | | |
| 522 | IN-RETSEL 794 | Insults from public | | |
| 523 | IN-RETSEL 807-809 | Hermus Bettelyoun receipt | | |
| 524 | NUHRE 1124-1126 | Deposit policy communication | | |
| 525 | NUHRE 1347-1348 | Rocks through window email | | |
| 526 | NUHRE 1793-1795 | Guest payment policy | | |
| 527 | NUHRE 1806-1833 | Hermus Bettelyoun GGH documents | | |
| 528 | NUHRE 1895 | Email accusation racism | | |
| 529 | NUHRE 1912-1914 | Clarity statement | | |
| 530 | NUHRE 2607-2608 | Email re Powwow | | |
| 531 | NUHRE 2609-2613 | Email re Powwow | | |
| 532 | IN-RETSEL 821 | Clarity resignation | | |
| 533 | IN-RETSEL 822-1022 | Connie Bible | | |
| 534 | IN-RETSEL 1023-1127 | Front desk communications log | | |
| 535 | IN-RETSEL 1128-1255 | Guest policies, training materials | | |
| 536 | IN-RETSEL 1256-1259 | Incident report GGH | | |
| 537 | IN-RETSEL 1268-1271 | Order of protection Nick Tilsen | | |
| 538 | IN-RETSEL 1272-1279 | Order of protection Sunny Red Bear | | |
| 539 | IN-RETSEL 1280-1308 | Sunny Red Bear order of protection | | |
| 540 | IN-RETSEL 1309-1311 | Light projection police report | | |
| 541 | IN-RETSEL 1312-1315 | Nick RCPD report | | |

| | | | | |
|---|---|---|---|---|
| 542 | IN-RETSEL 1316-1328 | Son tech invoices | | |
| 543 | IN-RETSEL 1329 | TikTok NDN light show | | |
| 544 | IN-RETSEL 1330-1348 | Policies and Connie's Bible | | |
| 545 | | Interview Lucy JealousofHim | | |
| 546 | IN-RETSEL 1509 | FB post by Bettelyoun | | |
| 547 | IN-RETSEL 1510 | FB post by Bettelyoun | | |
| 548 | CUHRE 329-496 | FB post with comments | | |
| 549 | NUHRE29728 | FB post re trespass | | |
| 550 | NUHRE29732 | Video of trespass | | |
| 551 | NUHRE29734 | Video of harassment | | |
| 552 | NUHRE 29738 | Video of NDN at Connie arrest | | |
| 553 | NUHRE 31487 | Fabiola post | | |
| 554 | IN-RETSEL001820-1909 | Dispatch logs by the RCPD for 911 calls by Connie Uhre, the Grand Gateway Hotel, and Nick Uhre | | |
| 555 | IN-RETSEL 1659-1681 | RCPD call logs | | |
| 556 | IN-RETSEL 1682-1690 | Videos Connie 5/27/22 | | |
| 557 | IN-RETSEL001691-1693 | Removal of Connie as Shareholder and Connie's resignation | | |
| 558 | CUHRE 499-505 | Policies | | |
| 559 | CUHRE 519 | Picture of graffiti on van | | |
| 560 | CUHRE 520 | Picture of protestors | | |
| 561 | CUHRE 521 | Video 5/27/22 | | |
| 562 | CUHRE 522 | Video 5/27/22 | | |
| 563 | CUHRE 523 | Video 5/27/22 | | |
| 564 | CUHRE 524 | Video 5/27/22 | | |
| 565 | CUHRE 525 | Video 5/27/22 | | |
| 566 | CUHRE 526 | Picture with knife | | |
| 567 | CUHRE 527 | Video 5/27/22 | | |
| 568 | CUHRE 528 | Video 5/27/22 | | |
| 569 | IN-RETSEL001525-1563 | Black Hills Patrol incident reports from 8/1/21 through 3/18/22 | | |
| 570 | IN-RETSEL001564-1633 | Black Hills Patrol sign-in sheets from 8/8/19-12/25/00 | | |
| 571 | JUHRE 1-38 | Text threats | | |
| 572 | NDN 4153-4867 | NDN Org chart | | |
| 573 | | NDN website excerpts | | |
| 574 | | NDN 990 filings | | |
| 575 | NUHRE0300004 | Cancellations report | | |

| Exhibit No. | BEGINN. BATES NO. | ENDING BATES NO. | DATE | DESCRIPTION | DATE INTRODUCED | DATE ADMITTED | |
|---|---|---|---|---|---|---|---|
| 576 | NDN0000128 | NDN0000128 | 4/6/2022 | Grand Gateway Incident & Experience Reporting Form | | | |
| 577 | NDN0000148 | NDN0000154 | 3/21/2022 | Mar 20, 2022 Doc.pdf | | | |
| 578 | NDN0000340 | NDN0000343 | 7/6/2022 | Re: Checking in on boycott update for media | | | |
| 579 | NDN0000372 | NDN0000394 | 5/15/2022 | May Newsletter \| Taking Action Today for an Abundant Tomorrow | | | |
| 580 | NDN0000420 | NDN0000422 | 4/13/2022 | Fwd: Decal Inquiry | | | |
| 581 | NDN0000423 | NDN0000424 | 4/13/2022 | Boycott Brochure-5.pdf | | | |
| 582 | NDN0000448 | NDN0000448 | 5/11/2022 | Jordan, Erica and Ty RE GG Billboard talk | | | |
| 583 | NDN0000450 | NDN0000450 | | IMG-4295.JPG | | | |
| 584 | NDN0000451 | NDN0000451 | | IMG-4296.JPG | | | |
| 585 | NDN0000452 | NDN0000452 | | IMG-4297.JPG | | | |
| 586 | NDN0000480 | NDN0000480 | 5/17/2022 | NDN Billboards | | | |
| 587 | NDN0000481 | NDN0000481 | 5/17/2022 | NDN_Billboard_5_17.jpg | | | |
| 588 | NDN0000507 | NDN0000549 | | Bettelyoun, George - Medical Bills - Allina Health Systems.pdf | | | |
| 589 | NDN0000550 | NDN0003086 | | Bettelyoun, George - Medical Records - Allina Health.pdf | | | |
| 590 | NDN0003087 | NDN0003088 | | Red Bear, Sunny - Medical Bills - Palecek Therapy and Consulting LLC.pdf | | | |
| 591 | NDN0003098 | NDN0003110 | | Red Bear, Sunny - Medical Records - Oyate Health Center (3-12-20).pdf | | | |
| 592 | NDN0003111 | NDN0003112 | | Red Bear, Sunny - Medical Records - Palecek Therapy and Consulting LLC.pdf | | | |
| 593 | NDN0003113 | NDN0003114 | 3/28/2022 | Facebook - Message - Regular - Direct chat between [Chase IronEyes, Sunny Red Bear] - 2022-03-28 | | | |
| 594 | NDN0003125 | NDN0003126 | 3/26/2022 | Facebook - Message - Regular - Direct chat between [Chase IronEyes, Sunny Red Bear] - 2022-03-26 | | | |
| 595 | NDN0003127 | NDN0003128 | 5/28/2022 | Facebook - Message - Regular - Direct chat between [Vonda Long, Sunny Red Bear] - 2022-05-28 | | | |
| 596 | NDN0003137 | NDN0003137 | 3/25/2022 | Re: Grandgateway | | | |
| 597 | NDN0003141 | NDN0003142 | 3/25/2022 | Facebook - Post - Direct chat between [Custodian User] - 2022-03-25 | | | |
| 598 | NDN0003143 | NDN0003144 | 4/12/2022 | Facebook - Post - Direct chat between [Custodian User] - 2022-04-12 | | | |
| 599 | NDN0003153 | NDN0003154 | 4/13/2022 | Facebook - Post - Direct chat between [Custodian User] - 2022-04-13 | | | |
| 600 | NDN0003157 | NDN0003158 | 4/22/2022 | Facebook - Post - Direct chat between [Custodian User] - 2022-04-22 | | | |
| 601 | NDN0003161 | NDN0003162 | 3/25/2022 | Cellebrite - IM - Direct chat between [Nick Tilsen (+16054417486)] - 2022-03-25 | | | |
| 602 | NDN0003163 | NDN0003163 | 3/25/2022 | __Library_SMS_Attachments_bc_12_0787F7D9-49AF-46B0-9202-4689CCC0485B_Screen Shot 2022-03-25 at 2.20.57 PM.jpeg | | | |
| 603 | NDN0003176 | NDN0003178 | 3/25/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Harold Frazier (06058504828)] - 2022-03-25 | | | |
| 604 | NDN0003179 | NDN0003179 | 3/25/2022 | IMG_0992.heic | | | |
| 605 | NDN0003182 | NDN0003182 | 3/25/2022 | 57F07605-890A-478D-B31D-85CFAEB29A40.pluginPayloadAttachment | | | |
| 606 | NDN0003183 | NDN0003184 | 3/23/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Darren Thompson (06053812447)] - 2022-03-23 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 607 | NDN0003189 | NDN0003191 | 3/28/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Sunny Red Red Bear (+15053219807)] - 2022-03-28 | | | |
| 608 | NDN0003198 | NDN0003199 | 3/24/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Joe Bartman (06059412708)] - 2022-03-24 | | | |
| 609 | NDN0003200 | NDN0003201 | 3/28/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Joe Bartman (06059412708)] - 2022-03-28 | | | |
| 610 | NDN0003202 | NDN0003204 | 6/1/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Tasina (06052300989)] - 2022-06-01 | | | |
| 611 | NDN0003205 | NDN0003205 | 6/1/2022 | IMG_2062.jpeg | | | |
| 612 | NDN0003206 | NDN0003206 | 6/1/2022 | IMG_2063.jpeg | | | |
| 613 | NDN0003209 | NDN0003210 | 3/24/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Sunny Red Bear (+15053219807)] - 2022-03-24 | | | |
| 614 | NDN0003213 | NDN0003217 | 3/22/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Jordan Brien (+17012156522)] - 2022-03-22 | | | |
| 615 | NDN0003218 | NDN0003218 | 3/22/2022 | IMG_2903.JPG | | | |
| 616 | NDN0003219 | NDN0003219 | 3/22/2022 | IMG_2906.JPG | | | |
| 617 | NDN0003220 | NDN0003228 | 3/22/2022 | __Library_SMS_Attachments_a4_04_07790E03-FE95-4CB4-87D7-EACE13EFCFBE_tmp.gif | | | |
| 618 | NDN0003233 | NDN0003233 | 3/25/2022 | Screen Shot 2022-03-25 at 2.20.10 PM.jpeg | | | |
| 619 | NDN0003238 | NDN0003238 | 3/25/2022 | __Libr_1(3).jpeg | | | |
| 620 | NDN0003247 | NDN0003248 | 4/11/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Cabot Petoia (08288999239), Bre Jackson (02293757740)] - 2022-04-11 | | | |
| 621 | NDN0003265 | NDN0003265 | 3/24/2022 | IMG_0089.heic | | | |
| 622 | NDN0003267 | NDN0003269 | 3/25/2022 | Cellebrite - Native Messages - Direct chat between [Nick Tilsen (+16054417486), Alberta Eagle (06055453487)] - 2022-03-25 | | | |
| 623 | NDN0003270 | NDN0003270 | 3/25/2022 | Screen Shot 2022-03-25 at 2.20.57 PM.jpeg | | | |
| 624 | NDN0003273 | NDN0003273 | 3/24/2022 | IMG_4396.jpeg | | | |
| 625 | NDN0003330 | NDN0003330 | 3/21/2022 | IMG_8596.PNG | | | |
| 626 | NDN0003331 | NDN0003331 | 3/21/2022 | IMG_8597.PNG | | | |
| 627 | NDN0003340 | NDN0003341 | 3/24/2022 | Cellebrite - Native Messages - Direct chat between [Sunny Red Bear (sredbear@gmail.com), Hermus (06054319785), Sunny Red Bear (+15053219807), Sunny Red Bear (+15053219807)] - 2022-03-24 | | | |
| 628 | NDN0003343 | NDN0003343 | 3/24/2022 | FDEA6B93-8FB1-4E6A-9782-36A9CAA1AD2B.pluginPayloadAttachment | | | |
| 629 | NDN0003351 | NDN0003351 | 4/13/2022 | __Libr_1(2) | | | |
| 630 | NDN0003382 | NDN0003382 | 3/22/2022 | __Library_SMS_Attachments_46_06_8FEA3FB5-5383-4B48-93A6-3E6620B31123_IMG_1312.JPG | | | |
| 631 | NDN0003383 | NDN0003383 | 3/22/2022 | __Library_SMS_Attachments_fa_10_B3DF193A-1648-494A-B4FB-BE9779EDCE5E_IMG_1311.JPG | | | |
| 632 | NDN0003386 | NDN0003386 | 3/22/2022 | __Library_SMS_Attachments_c8_08_FBD289D0-20EC-4D3D-8AA4-A268A5E43DE8_IMG_1308.JPG | | | |
| 633 | NDN0003387 | NDN0003387 | 3/22/2022 | __Library_SMS_Attachments_cb_11_2239726C-2DBE-4CB8-BCEF-45F90B338902_IMG_1298.jpg | | | |
| 634 | NDN0003388 | NDN0003388 | 3/22/2022 | __Library_SMS_Attachments_fe_14_D182DCAE-59D5-4236-8441-A6AA6D2D48F8_IMG_1318.PNG | | | |
| 635 | NDN0003389 | NDN0003389 | 3/22/2022 | __Library_SMS_Attachments_f3_03_9735F8CE-1029-4A54-9C40-5D4130A13436_IMG_1319.PNG | | | |
| 636 | NDN0003394 | NDN0003394 | 3/22/2022 | __Library_SMS_Attachments_31_01_4D482EF4-DF56-436C-9869-8CFA04471A6E_IMG_1344.PNG | | | |
| 637 | NDN0003395 | NDN0003396 | 4/11/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Jeramiah Marano (06054546027)] - 2022-04-11 | | | |
| 638 | NDN0003402 | NDN0003402 | 4/29/2022 | __Library_SMS_Attachments_fe_14_6F407CBC-A025-4A65-8B7E-F967B0E851F2_IMG_1246.JPEG | | | |
| 639 | NDN0003407 | NDN0003407 | 6/3/2022 | Screenshot 2022-06-02 at 10.21.34 PM.jpeg | | | |
| 640 | NDN0003409 | NDN0003410 | 7/1/2022 | Cellebrite - Native Messages - Direct chat between [Tom Cheyenne (06052095582), Father (06054319785)] - 2022-07-01 | | | |
| 641 | NDN0003416 | NDN0003417 | 4/12/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), Katie Fromann (07576468082), Father (06054319785)] - 2022-04-12 | | | |
| 642 | NDN0003418 | NDN0003419 | 7/1/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), Votan (05054895401), Father (06054319785)] - 2022-07-01 | | | |
| 643 | NDN0003427 | NDN0003427 | 5/28/2022 | __Library_SMS_Attachments_01_01_153F2AC0-55F3-405D-B8DB-035B24DA0726_IMG_1933.PNG | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 644 | NDN0003432 | NDN0003432 | 5/28/2022 | __Library_SMS_Attachments_8b_11_A0BC5D21-6391-445A-B2B2-05CE650A6333_IMG_1940.PNG | | | |
| 645 | NDN0003441 | NDN0003441 | 4/27/2022 | __Library_SMS_Attachments_b9_09_5E8B2AA0-C116-460F-B849-952ADB75E4FF_IMG_1738.PNG | | | |
| 646 | NDN0003445 | NDN0003446 | 4/20/2022 | Cellebrite - Native Messages - Direct chat between [Mike Cross (06054410333), Father (06054319785)] - 2022-04-20 | | | |
| 647 | NDN0003447 | NDN0003449 | 3/26/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), 06053911495, Father (06054319785)] - 2022-03-26 | | | |
| 648 | NDN0003450 | NDN0003450 | 3/26/2022 | __Library_SMS_Attachments_31_01_DABF1877-060D-4899-AF2D-AF35C4067B92_IMG_1382.HEIC | | | |
| 649 | NDN0003451 | NDN0003451 | 3/26/2022 | __Library_SMS_Attachments_d9_09_51CB1DCD-8FED-4508-9DF9-68487E48F9B3_IMG_1384.HEIC | | | |
| 650 | NDN0003452 | NDN0003453 | 3/24/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Nick Tilsen (06054417486)] - 2022-03-24 | | | |
| 651 | NDN0003455 | NDN0003455 | 3/24/2022 | __Libr_1(2) | | | |
| 652 | NDN0003461 | NDN0003464 | 3/25/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), 06053911495, Father (06054319785)] - 2022-03-25 | | | |
| 653 | NDN0003465 | NDN0003465 | 3/25/2022 | __Library_SMS_Attachments_44_04_1077C4C2-5BC8-468C-BF89-655AE223E824_IMG_1376.JPG | | | |
| 654 | NDN0003466 | NDN0003466 | 3/25/2022 | __Library_SMS_Attachments_6f_15_8B73A952-A76D-4E73-AEFE-B9E68EEC6CCD_IMG_1375.JPG | | | |
| 655 | NDN0003474 | NDN0003476 | 6/28/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), FrED (06054303707), Hermus Bettelyoun (hbettelyounsr@gmail.com)] - 2022-06-28 | | | |
| 656 | NDN0003477 | NDN0003477 | 6/28/2022 | __Library_SMS_Attachments_d9_09_B6C095AB-817D-4B83-8DF9-E2C4EAA32CD3_IMG_4310.jpeg | | | |
| 657 | NDN0003480 | NDN0003483 | 5/2/2022 | Cellebrite - Native Messages - Direct chat between [Red Tomahawk (06058580553), Father (06054319785)] - 2022-05-02 | | | |
| 658 | NDN0003486 | NDN0003488 | 3/27/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Chris White Eagle (06057878918), Hayana Bettelyoun (06054311875)] - 2022-03-27 | | | |
| 659 | NDN0003490 | NDN0003490 | 3/27/2022 | __Library_SMS_Attachments_02_02_041F9D9F-5116-497A-AEB5-22532D6B0082_IMG_1487.JPG | | | |
| 660 | NDN0003491 | NDN0003491 | 3/27/2022 | __Library_SMS_Attachments_11_01_93764065-606B-4AA0-B88E-27EEAB231AE1_IMG_1489.JPG | | | |
| 661 | NDN0003492 | NDN0003492 | 3/27/2022 | __Library_SMS_Attachments_eb_11_2D4862B2-CE59-4ABC-9E28-C829D6C8C4B9_PhotoRoom_20220322_145353.JPEG | | | |
| 662 | NDN0003502 | NDN0003502 | 3/25/2022 | __Library_SMS_Attachments_ff_15_8165BAAE-DA28-481A-9217-0CE5C7B7B521_IMG_1371.JPG | | | |
| 663 | NDN0003503 | NDN0003504 | 5/27/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Jill White Eagle (06058504829)] - 2022-05-27 | | | |
| 664 | NDN0003507 | NDN0003508 | 3/24/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Sunny Red Bear (05053219807), Hermus Bettelyoun (hbettelyounsr@gmail.com)] - 2022-03-24 | | | |
| 665 | NDN0003510 | NDN0003510 | 3/24/2022 | __Libr_1(2) | | | |
| 666 | NDN0003527 | NDN0003528 | 3/22/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), Nick Tilsen (06054417486), Alberta Eagle (06055453487), Sunny Red Bear (05053219807), Father (06054319785)] - 2022-03-22 | | | |
| 667 | NDN0003529 | NDN0003530 | 5/29/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), 06054079425] - 2022-05-29 | | | |
| 668 | NDN0003552 | NDN0003553 | 4/11/2022 | Cellebrite - Native Messages - Direct chat between [Hermus Bettelyoun (hbettelyounsr@gmail.com), 06053911495, Father (06054319785)] - 2022-04-11 | | | |
| 669 | NDN0003571 | NDN0003574 | 3/22/2022 | Cellebrite - Native Messages - Direct chat between [06053190589, 04064716575, 06054072062, 09282745127, 06058410201, 04054769291, 09202642874, 04065805834, Julius Not Afraid (06053810082), Father (06054319785)] - 2022-03-22 | | | |
| 670 | NDN0003575 | NDN0003575 | 3/22/2022 | Resized_20220322_095758.jpeg | | | |
| 671 | NDN0003576 | NDN0003576 | 3/22/2022 | IMG_7594.jpg | | | |
| 672 | NDN0003591 | NDN0003592 | 5/26/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), FrED (06054303707), Hermus Bettelyoun (hbettelyounsr@gmail.com)] - 2022-05-26 | | | |
| 673 | NDN0003631 | NDN0003635 | 4/14/2022 | __Library_SMS_Attachments_2d_13_861DBADC-198A-4AAF-8BA9-293B6D31E8CE_Boycott.pdf | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 674 | NDN0003671 | NDN0003675 | 3/21/2022 | Cellebrite - Native Messages - Direct chat between [Father (06054319785), Sunny Red Bear (05053219807), Hermus Bettelyoun (hbettelyounsr@gmail.com)] - 2022-03-21 | | | |
| 675 | NDN0003678 | NDN0003678 | 3/21/2022 | __Library_SMS_Attachments_34_04_45CFFA7 1-4316-4882-B99B-B31D8089A580_IMG_1308.JPG | | | |
| 676 | NDN0003687 | NDN0003688 | 3/21/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-03-21 | | | |
| 677 | NDN0003689 | NDN0003689 | 3/21/2022 | 276135310_156228953524348_1357123503099 162289_n_156228956857681.jpg | | | |
| 678 | NDN0003694 | NDN0003695 | 8/29/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-08-29 | | | |
| 679 | NDN0003696 | NDN0003697 | 5/2/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-05-02 | | | |
| 680 | NDN0003698 | NDN0003698 | 5/2/2022 | 279498261_167043339109576_4128970744765 929927_n_167043345776242.jpg | | | |
| 681 | NDN0003701 | NDN0003702 | 6/9/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-06-09 | | | |
| 682 | NDN0003703 | NDN0003704 | 6/20/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-06-20 | | | |
| 683 | NDN0003707 | NDN0003709 | 5/31/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-05-31 | | | |
| 684 | NDN0003713 | NDN0003714 | 5/23/2022 | Facebook - Video Post - Direct chat between [Hermus Bettelyoun] - 2022-05-23 | | | |
| 685 | NDN0003716 | NDN0003717 | 4/21/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-04-21 | | | |
| 686 | NDN0003718 | NDN0003718 | 4/21/2022 | 278771581_164379856042591_4238598375040 492480_n_164379859375924.jpg | | | |
| 687 | NDN0003720 | NDN0003721 | 3/22/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-03-22 | | | |
| 688 | NDN0003722 | NDN0003722 | 3/22/2022 | 276200034_156234686857108_1306083354059 092870_n_156234690190441.jpg | | | |
| 689 | NDN0003725 | NDN0003725 | 3/21/2022 | 277107036_155998063547437_3484056076325 554583_n_155998066880770.jpg | | | |
| 690 | NDN0003728 | NDN0003729 | 3/27/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-03-27 | | | |
| 691 | NDN0003730 | NDN0003730 | 3/27/2022 | 277254841_157544603392783_7346027629101 141191_n_157544543392789.jpg | | | |
| 692 | NDN0003731 | NDN0003731 | 3/27/2022 | 277302189_157544610059449_1047817428612 386766_n_157544570059453.jpg | | | |
| 693 | NDN0003742 | NDN0003743 | 6/28/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-06-28 | | | |
| 694 | NDN0003745 | NDN0003746 | 6/14/2022 | Facebook - Post - Direct chat between [Hermus Bettelyoun] - 2022-06-14 | | | |
| 695 | NDN0003758 | NDN0003767 | 3/24/2022 | Facebook - Message - undefined - Channel chat between [Sophia J Black Cloud, Lonnie Provost, Carla Lisa Cheyenne, Madonna Thunder Hawk, Walter Dale Means, Don Cuny, Jean Roach, James Hawk, Lou Brings Plenty, Wiyaka Chasing Hawk, Aim Peji Wahuta, Jamie MilapashnA¨, Dawn DeCora, Helene Gaddie, Mabel Ann Eagle Hunter, Marcella Gilbert, TaraLynn DullKnife, Hermus Bettelyoun, Marlene Poor Bear, Carla Lee] - 2022-03-24 | | | |
| 696 | NDN0003768 | NDN0003768 | 3/24/2022 | 277120372_950544108929170_6646661296657 230920_n_950544105595837.jpg | | | |
| 697 | NDN0004093 | NDN0004096 | 3/21/2022 | Facebook - Message - undefined - Channel chat between [Sophia J Black Cloud, Lonnie Provost, Carla Lisa Cheyenne, Madonna Thunder Hawk, Walter Dale Means, Don Cuny, Jean Roach, James Hawk, Lou Brings Plenty, Wiyaka Chasing Hawk, Aim Peji Wahuta, Jamie MilapashnA¨, Dawn DeCora, Helene Gaddie, Mabel Ann Eagle Hunter, Marcella Gilbert, TaraLynn DullKnife, Hermus Bettelyoun, Marlene Poor Bear, Carla Lee] - 2022-03-21 | | | |
| 698 | NDN0004330 | NDN0004330 | 6/2/2022 | IMG_1960.jpeg | | | |
| 699 | NDN0005692 | NDN0005696 | | 14543691S-0487www-instagram-com-2024-02-09-03-09-55.pdf | | | |
| 700 | NDN0006077 | NDN0006078 | 4/29/2022 | Alicia Littlebear Amended Contract Invoice.pdf | | | |
| 701 | NDN0006079 | NDN0006080 | 5/2/2022 | Alicia Littlebear Amended Contract.pdf | | | |
| 702 | NDN0006081 | NDN0006082 | 7/23/2024 | Alicia Littlebear Original Contract.pdf | | | |
| 703 | NDN0006083 | NDN0006104 | 7/23/2024 | Boycott expenses - paper receipts.pdf | | | |
| 704 | NDN0006105 | NDN0006108 | 12/20/2021 | Contract #3737716 Lamar Companies.pdf | | | |
| 705 | NDN0006109 | NDN0006112 | 1/5/2023 | Contract #4056331 Lamar Companies - 2023.pdf | | | |
| 706 | NDN0006113 | NDN0006113 | 5/11/2022 | INV #706 HeSapa Enterprises.pdf | | | |
| 707 | NDN0006114 | NDN0006114 | 4/28/2022 | INV #129864 Simpsons Printing.pdf | | | |
| 708 | NDN0006115 | NDN0006115 | 4/28/2022 | INV #129868 Simpsons Printing.pdf | | | |
| 709 | | | | Rapid City Police Department records - 23 911 calls ordered to be produced pursuant to subpoena per court order 8/29/24 | | | |
| 710 | | | | Curriculum Vitae/Resume of Defendants' Expert George Vizier | | | |
| 711 | VIZER00001-00041 | | | George Vizier Expert Report | | | |
| 712 | | | | All documents referenced in George Vizier Expert Report | | | |
| 713 | | | | David Sherwyn Expert Report | | | |
| 714 | | | | All documents identified on Appendix B Facts or Data Considered David Sherwyn Expert Report | | | |