IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, ALBERTA EAGLE, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and CONNIE UHRE,<br><br>Defendants,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE,<br><br>Counterclaimants,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | Case No. 5:22-cv-05027-LLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs NDN Collective, Sunny Red Bear, Alberta Eagle, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun voluntarily dismiss the following claims:

**Count I and Count II against Connie Uhre and Nicholas Uhre in their individual capacities only. For clarity, Plaintiffs still assert Count I and Count II against Retsel**

1

95286754.1

**Corporation based on its vicarious liability for the actions of its officers, employees, directors, and agents.**

**Count III (Battery) against Connie Uhre and Retsel Corporation.**

This notice is consistent with the discussion held during a telephonic hearing on September 6, 2024, where counsel for Defendants' consented to this notice and dismissal of the above-referenced claims and parties.

Dated: September 6, 2024

        Respectfully submitted,

        */s/ Brendan V. Johnson*
        Brendan V. Johnson (SD Bar # 3263)
        Timothy W. Billion (SD Bar # 4641)
        ROBINS KAPLAN LLP
        140 North Phillips Ave, Suite 307
        Sioux Falls, SD 57104
        Tel: 605-335-1300
        BJohnson@RobinsKaplan.com
        TBillion@RobinsKaplan.com

        ATTORNEYS FOR PLAINTIFFS