UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; SUNNY RED BEAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; GEORGE BETTELYOUN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; ALBERTA EAGLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; NICK COTTIER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRE JACKSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND MARY BOWMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>    Plaintiffs,<br><br> vs.<br><br>RETSEL CORPORATION, CONNIE UHRE, NICHOLAS UHRE,<br><br>    Defendants. | 5:22-CV-05027-KES<br><br>AMENDED ORDER SETTING DATES FOR PRETRIAL CONFERENCE AND JURY TRIAL |

The following deadlines are set for this case:

  **Pretrial submissions due:**  Friday, November 21, 2025
  **Pretrial conference:**    Friday, December 5, 2025, at 2:00 PM
  **Jury trial:**        Monday, December 15, 2025, at 9:00 AM

  The pretrial conference and the trial will be held in Courtroom 2, 515 Ninth Street, Rapid City, South Dakota. Each party will be represented at the pretrial conference by the attorney in charge of the conduct of the trial.

  Pretrial submissions will include the following:

1. A list of witnesses to be called and a brief one-sentence summary of the testimony to be offered.

2. The proposed jury instructions with appropriate citations to the authority for each instruction. Submit only substantive instructions as to the law of the case. Do not submit standard stock instructions.

3. The name and telephone number of the attorney who is to be in charge of the pretrial conference.

4. A brief one-paragraph, non-biased summary of facts. The court will read a description of the case to the jury as part of the preliminary instructions.

5. All proposed stipulations.

6. The issues of law expected to be contested including citation to authority counsel intends to rely on at trial.

7. A list and brief description of exhibits that will be offered in evidence.

8. A list and brief description of charts, graphs, models, schematic diagrams, and similar objects that will be used in opening statement or closing argument whether or not they will be offered in evidence.

9. Suggestions for expediting disposition of the action.

10. An estimate of the length of total trial time.

**IN ADDITION, ALL PARTIES WILL:**

1. File motions in limine by **Friday, November 21, 2025**. Responses to any motions in limine are due by **Monday, December 1, 2025**.

2. Designate the pertinent portions of all depositions you intend to have included in the record by **Monday, December 1, 2025**. Notify opposing counsel of your designations and electronically file the designations and said depositions.

3. File any objections to depositions or parts thereof by **Thursday, December 11, 2025**. The objection will state the page(s) and line(s) objected to and state the legal authority for the objections.

4. File any objections to proposed jury instructions by **Thursday, December 11, 2025**.

5. Notify the court if you wish a settlement conference before a United States Magistrate Judge.

6. Terminate settlement negotiations by **Monday, December 01, 2025**. Any settlement after this time for other than the relief prayed for will be grounds for imposition of sanctions.

7. Provide a copy of all exhibits and an exhibit list to the court and opposing counsel by noon the day prior to trial. Each exhibit should have its own number. Do not use subparts when marking exhibits.

Dated August 19, 2025.

                BY THE COURT:

                /s/ Karen E. Schreier
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE