UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and CONNIE UHRE,<br><br>Defendants,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE<br><br>Counterclaimants,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | Civ. No. 5:22-cv-05027-LLP<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR COUNTERCLAIMANT NICHOLAS UHRE** |

COMES NOW, the undersigned Kathleen Carter and Heather Stern of Messner Reeves LLP, *pro hac vice*, seek to withdraw as counsel of record for counter-claimant Nicholas Uhre. In support thereof, counsel respectfully state as follows:

1. Counsel make this motion pursuant to District of South Dakota Civil Local Rule 83.7.

2. Kathleen Carter and Heather Stern (*pro hac vice*) and the firm Messner Reeves LLP, 611 Anton Blvd., Suite 450, Costa Mesa, CA 92626 request that they be withdrawn as counsel of record for counter-claimant Nicholas Uhre.

3. As of current, Nicholas Uhre has not identified any new counsel he wishes to substitute in. Formal notice of the intent to bring this motion was given, to Nicholas Uhre, on October 6, 2025. Communications regarding the issues causing this motion to be filed date back farther than that.

4. Good cause exists because in the capacity as a counter-claimant, there is a breakdown in the attorney-client relationship and breach of the retainer agreement. The firm cannot continue representation of the counter-claimant under the present circumstances. In addition, as regards Mr. Uhre, the attorney-client relationship has broken down irretrievably. Mr. Uhre has engaged in conduct which has rendered unreasonably difficult the continued representation of Mr. Uhre by the firm.

5. Counsel has provided reasonable warning that the firm will be forced to bring a motion to withdraw as counsel of record unless the obligation is fulfilled. Despite this warning, Mr. Uhre has continued to fail in his obligations to the firm.[1]

---

[1] Ethical considerations and the attorney-client privilege constrain the ability of the undersigned to detail exactly how the attorney-client relationship has broken down. *See, e.g., Costco Wholesale Corp. v. Superior Ct.*, 47 Cal. 4th 725, 739 (2009) (noting that the attorney-client privilege has been a hallmark of Anglo-American jurisprudence for almost 400 years, finding it

6. Withdrawal as counsel for the counter-claimant is made pursuant to District of South Dakota Civil Local Rule 83.7 which allows for withdrawal by motion upon good cause shown. Withdrawal also is subject to the South Dakota Rules of Professional Conduct. Rule 1.16 allows permissive withdrawal for several grounds, including where: "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;" or "other good cause for withdrawal exists." S.D.R.P.C. Rule 1.16(b)(6)-(7).

7. This withdrawal is not sought by the undersigned for purposes of delay. While Mr. Uhre has not identified substitute counsel, he has been advised that if he does so, the undersigned will cooperate with substitute counsel to allow substitute counsel to prepare for trial in a timely fashion. In addition, as regards Mr. Uhre, he also has the ability to represent himself in pro per if he would prefer to do that instead of identifying substitute counsel.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing Kathleen Carter and Heather Stern (*pro hac vice*), and the firm Messner Reeves LLP to withdraw as counsel for the counter-claimant in this matter.

//

//

//

//

---

was error for trial court to order in camera review of privileged communications to assess the claim of privilege).

Respectfully Submitted,

Dated: October 9, 2025

/s/ Haylee M. Culver
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani
3523 45th Street South, Suite 100
Fargo, North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendant and Counterclaimants***

And

Kathleen Carter (Admitted Pro Hac Vice)
Heather E. Stern (Admitted Pro Hac Vice)
Messner Reeves LLP
611 Anton Blvd., Suite 450
Costa Mesa, CA 92626
Telephone: 949.612.9128
kcarter@messner.com
hstern@messner.com
***Attorneys for Defendant and Counterclaimants***