UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and CONNIE UHRE,<br><br>Defendants,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE<br><br>Counterclaimants,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | Civ. No. 5:22-cv-05027-LLP<br><br>**NOTICE OF MOTION AND MOTION OF MESSNER REEVES LLP TO WITHDRAW AS COUNSEL OF RECORD, WITH REPRESENTATION CONTINUING FROM GORDON REES SCULLY MANSUKHANI, WHO WILL TAKE ON THE LEAD COUNSEL ROLE** |

COMES NOW, the undersigned Kathleen Carter and Heather Stern of Messner Reeves LLP, *pro hac vice*, seek to withdraw as counsel of record.[1]

[1] The undersigned counsel have pending motions to withdraw as counsel (Dockets 325, 326) which will be mooted by this motion.

In support thereof, counsel respectfully state as follows:

1. The undersigned counsel make this motion pursuant to District of South Dakota Civil Local Rule 83.7. Pursuant to Local Rule 83.7(A), the undersigned counsel note that this is a situation where withdrawal results in continued representation.

2. Although the undersigned counsel seek to withdraw, there will remain continued representation with or by the law firm of Gordon Rees Scully Mansukhani, who are not withdrawing and have agreed to undertake the role of lead counsel.

3. Accordingly, Kathleen Carter and Heather Stern (*pro hac vice*) and the firm Messner Reeves LLP, 611 Anton Blvd., Suite 450, Costa Mesa, CA 92626 request that they be withdrawn as counsel of record.

4. As the clients will continue to be represented by the other lawyers of record for these parties, this is not a situation where a substitution of counsel is required, because the lawyers with Gordon Rees Scully Mansukhani are not withdrawing and have agreed to undertake the role of lead counsel. Therefore, the undersigned respectfully request that the withdrawal be recognized and permitted forthwith.

5. Notice has been provided to the clients.

6. Withdrawal as counsel is made pursuant to District of South Dakota Civil Local Rule 83.7 which allows for withdrawal where there is continued representation. Withdrawal also is subject to the South Dakota Rules of Professional Conduct. Rule 1.16 allows permissive withdrawal for several grounds, including where: 'the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;" or "other good cause for withdrawal exists." S.D.R.P.C. Rule 1.16(b)(6)-(7).

7. This withdrawal is not sought by the undersigned for purposes of delay. The other lawyers of record will continue to represent the clients, and will take on the lead counsel role, and the undersigned will cooperate to allow them to prepare for trial in a timely fashion. We have been assured by them that this will cause no delay or prejudice in the trial.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing Kathleen Carter and Heather Stern (*pro hac vice*), and the firm Messner Reeves LLP to withdraw as counsel in this matter.

Respectfully Submitted,

Dated: October 15, 2025

/s/ Haylee M. Culver
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani
3523 45th Street South, Suite 100
Fargo, North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendants and Counterclaimants***

And

Kathleen Carter (Admitted Pro Hac Vice)
Heather E. Stern (Admitted Pro Hac Vice)
Messner Reeves LLP
611 Anton Blvd., Suite 450
Costa Mesa, CA 92626
Telephone: 949.612.9128
kcarter@messner.com
hstern@messner.com
***Attorneys for Defendants and Counterclaimants***