UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and CONNIE UHRE,<br><br>Defendants, | 5:22-CV-05027-KES<br><br>ORDER GRANTING MOTION TO WITHDRAW |

Kathleen Carter and Heather Stern of Messmer Reeves, LLP, *pro hac vice*, seek to withdraw as counsel of record for defendants, Retsel Corporation, et al. Retsel will have continued representation by Gordon Rees Scully Mansukhani, which has agreed to undertake the role of lead counsel. Notice of the withdrawal has been provided to Retsel. Thus, it is

ORDERED that the motion to withdraw is granted.

DATED October 21, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE