UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, individually and on behalf of all others similarly situated, SUNNY RED BEAR, individually and on behalf of all others similarly situated, and GEORGE BETTELYOUN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, CONNIE UHRE, and NICHOLAS UHRE,<br><br>    Defendants,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>    Third-Party Plaintiff<br><br> v.<br><br>JOHN DOES 1 through 20, JANE DOES 1 through 20, and ABC CORPORATIONS 1 through 20,<br><br>    Third-Party Defendants. | 5:22-CV-05027-KES<br><br><br>ORDER ADMITTING NONRESIDENT ATTORNEY |

  Attorney Haylee Culver moves for admission of pro hac vice counsel to participate in all proceedings in the above case. Docket 330. Good cause appearing, it is

ORDERED that Donald Derrico:

1. Is admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Will within 20 days of this order complete a South Dakota Tax Application with the South Dakota Department of Revenue and thereafter pay all state sales taxes and other applicable taxes pursuant to the laws of the state of South Dakota.

Dated November 3, 2025

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE