UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, individually and on behalf of all others similarly situated, SUNNY RED BEAR, individually and on behalf of all others similarly situated, and GEORGE BETTELYOUN, individually and on behalf of all others similarly situated, | Civ. No. 5:22-cv-05027-LLP |
| Plaintiffs, | **DEFENDANTS' WITNESS LIST** |
| v. | |
| RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, CONNIE UHRE, and NICHOLAS UHRE, | |
| Defendants, | |
| and | |
| RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, | |
| Third-Party Plaintiff, | |
| v. | |
| JOHN DOES 1 through 20, JANE DOES 1 through 20, and ABC CORPORATIONS 1 through 20, | |
| Third-Party Defendants. | |

Defendants Retsel Corporation d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, Connie Uhre, and Nicholas Uhre ("Defendants") submit their list of trial witnesses. The final list of witnesses that Defendants will present at trial is dependent on several factors, including (a) the witnesses that the Plaintiffs present during their case-in-chief and (b) the Court's rulings on motions *in limine* that are being filed by both all parties today. Defendants reserve the right to call any witness listed by Plaintiffs as well as the right to call rebuttal witnesses.

Defendants hereby list the following witnesses for trial in this matter:

1. Nicholas Uhre - Shareholder of the hotel who was present during the alleged incidents. He will testify about the incidents and hotel policies.

2. Monique "Muffie" Mousseaux – Will testify about the alleged incident on March 21, 2022.

3. Chad Uhre – Shareholder of the hotel, will testify about hotel policies.

4. Josh Uhre – Shareholder of the hotel, will testify about hotel policies.

5. Leslie Sherry – Shareholder of the hotel, will testify about hotel policies.

6. Clarity Self – Former employee of the hotel who was working at the front desk during one of the alleged incidents. She will testify about the incident and hotel policies.

7. George Vizier – Defendants' expert witness who will testify about the opinions, findings, and conclusions in his expert report.

8. Nick Tilsen – Former President of NDN Collective, will testify about the alleged discrimination.

9. Brandon Ferguson – Will testify about an exchange he had with Nick Tilsen.

DEFENDANTS WITNESS LIST    2

10.     Marletta Red Cloud – Head housekeeper and current employee of the hotel who has worked at the hotel for over 20 years.  She is expected to testify that neither the hotel nor its owners ever discriminated against Native Americans.

11.     Pamela Giroux – Stayed at hotel 3/20/22 to 3/21/22, will testify she rented a room at the hotel.

12.     Troy Lynn Peneaux – Stayed at hotel 3/20/22 to 3/21/22, will testify she rented a room at the hotel.

13.     Selina Brewer – Depicted in the videos renting a room on 6/4/20, will testify she rented a room at the hotel.

Respectfully Submitted,

/s/ Haylee M. Culver

Dated: November 21, 2025

_____
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani
3523 45th Street South, Suite 100
Fargo, North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
**Attorneys for Defendants**

And

Donald G. Derrico (admitted pro hac vice)
Gordon Rees Scully Mansukhani
500 Mamaroneck Ave., Suite 503
Harrison, NY 10528
Telephone: (914) 777-2210
dderrico@grsm.com
**Attorneys for Defendants**

DEFENDANTS WITNESS LIST                                                          3