UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

NDN COLLECTIVE, individually and on behalf of all others similarly situated, SUNNY RED BEAR, individually and on behalf of all others similarly situated, and GEORGE BETTELYOUN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, CONNIE UHRE, and NICHOLAS UHRE,

Defendants,

and

RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,

Third-Party Plaintiff,

v.

JOHN DOES 1 through 20, JANE DOES 1 through 20, and ABC CORPORATIONS 1 through 20,

Third-Party Defendants.

Civ. No. 5:22-cv-05027-LLP

**DEFENDANTS' EXHIBIT LIST**

**DEFENDANTS' TRIAL EXHIBIT LIST**

Defendants Retsel Corporation d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, Connie Uhre, and Nicholas Uhre ("Defendants") hereby submit their exhibit list for trial. The final exhibit list that Defendants will present at trial is dependent on several factors, including (a) the witnesses that the Plaintiffs present during their case-in-chief and (b) any further rulings by the Court on any motions or objections. This list is presented without waiver of any objections of any party in regard to authenticity, admissibility or on any other ground.

1. Video marked as Plaintiffs' 17A, shows Plaintiffs protesting, 5/27/22.
2. Video marked as Plaintiffs' 18A, shows Plaintiffs at hotel front desk, 3/21/22.
3. Video marked as Plaintiffs' 22A, shows guests/Bettelyoun at front desk, 6/4/2020.
4. Video marked as Plaintiffs' 23A, shows guests/Bettelyoun at front desk, 6/4/2020
5. Video marked as Plaintiffs' 24A, NDN at hotel front desk, 3/22/22.
6. Video marked as Plaintiffs' 25A, NDN hotel lobby, 3/22/22.
7. Video marked as Plaintiffs' 26A, Sunny Red Bear at hotel front desk, 3/21/22.
8. Video marked as Defendants' Exhibit 241, Plaintiffs in hotel parking lot.
9. Video marked as Defendants' Exhibit 242, Plaintiffs in hotel parking lot.
10. Video marked as Defendants' Exhibit 243, Plaintiffs in hotel parking lot.
11. Video marked as Defendants' Exhibit 244, Plaintiffs in hotel parking lot.
12. Video marked as Defendants' Exhibit 245, Plaintiffs in hotel parking lot, different angle.
13. Recording of verbal exchange between Nick Tilsen and Brandon Fergerson.

14. Folio's from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22); Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22).
15. The social media post by Hermus Bettelyoun purporting to show an e-mail from Nicholas Uhre. *See* NDN000139-145 and all versions of that e-mail chain and on-line postings.
16. The Guest Ledger Reports for the hotel, listing the registered guests at the hotel on 6/4/20.
17. Hotel folios showing Reno Red Cloud's stays in 2021.

DATED: November 21, 2025

Respectfully Submitted,

/s/ Haylee Culver
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani 3523
45th Street South, Suite 100 Fargo,
North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendants***

And

Donald G. Derrico (Admitted Pro Hac Vice)
Jason C. Scott (Admitted Pro Hac Vice)
Gordon Rees Scully Mansukhani
500 Mamaroneck Ave., Suite 503
Harrison, NY 10528
Telephone: (914) 777-2210
dderrico@grsm.com
jcscott@grsm.com

***Attorneys for Defendants***