UNITED STATES COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE<br><br>Counterclaimants,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | Civ. No. 5:22-cv-05027-LLP<br><br>**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST** |

# DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

Defendants Retsel Corporation d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, Connie Uhre, and Nicholas Uhre ("Defendants") hereby submit their amended exhibit list for trial. The final exhibit list that Defendants will present at trial is dependent on several factors, including (a) the witnesses that the Plaintiffs present during their case-in-chief and (b) any further rulings by the Court on any motions or objections. This list is presented without waiver of any objections of any party in regard to authenticity, admissibility or on any other ground.

1. Video marked as Plaintiffs' 17A, depicting Plaintiffs protesting, 5/27/22.
2. Video marked as Plaintiffs' 18A, depicting Plaintiffs at hotel front desk, 3/21/22.
3. Video marked as Plaintiffs' 22A, depicting guests/Bettelyoun at front desk, 6/4/2020.
4. Video marked as Plaintiffs' 23A, depicting guests/Bettelyoun at front desk, 6/4/2020
5. Video marked as Plaintiffs' 24A, depicting NDN at hotel front desk, 3/22/22.
6. Video marked as Plaintiffs' 25A, depicting NDN in hotel lobby, 3/22/22.
7. Video marked as Plaintiffs' 26A, depicting Sunny Red Bear at hotel front desk, 3/21/22.
8. Video marked as Defendants' Exhibit 241, depicting Plaintiffs in hotel parking lot.
9. Video marked as Defendants' Exhibit 242, depicting Plaintiffs in hotel parking lot.
10. Video marked as Defendants' Exhibit 243, depicting Plaintiffs in hotel parking lot.

11. Video marked as Defendants' Exhibit 244, depicting Plaintiffs in hotel parking lot.
12. Video marked as Defendants' Exhibit 245, depicting Plaintiffs in hotel parking lot, different angle.
13. Recording of verbal exchange between Nick Tilsen and Brandon Fergerson.
14. Folio's from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22); Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22).
15. The social media post by Hermus Bettelyoun purporting to show an e-mail from Nicholas Uhre. *See* NDN000139-145 and all versions of that e-mail chain and on-line postings.
16. The Guest Ledger Reports for the hotel, listing the registered guests at the hotel on 6/4/20.
17. Hotel folios evidencing Reno Red Cloud's stays in 2021.
18. March 25, 2022 Email from Hermus Bettelyoun to Nick Tilsen, Exhibit 142 from the deposition of Nick Tilson conducted on April 30, 2024. *See* NDN0000138-145.
19. March 25, 2022 Text messages from Gene Swallow to Nick Tilsen, Exhibit 143 from the deposition of Nick Tilson conducted on April 30, 2024. *See* NDN0003207-3208.
20. March 21, 2022 Post from Hermus Bettelyoun, Exhibit 62 from the deposition of Nick Tilsen conducted on August 22, 2023. *See* NDN0003723-3725.
21. April 29, 2022 Text messages with Father, Sunny Red Bear, and Hermus Bettelyoun, Exhibit 66 from the deposition of Nick Tilsen conducted on August 22, 2023. See NDN0003399-3403.

22. Grand Gateway Hotel Guest List from January 1, 2021, to April 30, 2022, Exhibit 8 from the deposition of Clarity Self conducted on May 23, 2023. *See* US-000439-446.
23. March 21, 2022 Email from Hermus Bettelyoun to Sunny Red Bear, purporting to show an e-mail from Nicholas Uhre, Exhibit 25 from the deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000147-154.
24. March 24, 2022 Email from Sherrie to NDN Collective members regarding action debrief, Exhibit 29 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000129.
25. March 20, 2022 Text Messages between Nick Tilsen and Sunny Red Bear, Exhibit 33 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0003172-3173.
26. Boycott Grand Gateway Hotel Flyer, Exhibit 35 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000423-424.
27. June 29, 2022 Sunny Red Bear Freedom Lodge Intake Form, Exhibit 36 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0003089-3097.
28. Hermus Bettelyoun Facebook Post, Exhibit 68 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NUHRE000007-17.
29. KOTA Territory News Post, Exhibit 69 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NDN000097.
30. March 22, 2022 Text Messages between Father, Sunny Red Bear, and Hermus Bettelyoun, Exhibit 71 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NDN0003366-3394.

31. March 22, 2022 Facebook Chat between NDN Members regarding coordination of unity march, Exhibit 73 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NDN0004099-4105.
32. March 24, 2022 Connie Uhre Email to Travel Advisor regarding hotel shutdown, Exhibit 120 from deposition of Connie Uhre conducted on April 11, 2024. *See* CUHRE000090-93.
33. Text Message from Mary Bowman, Exhibit 80 from deposition of Mary Bowman conducted on March 20, 2024. *See* NDN004868.
34. Text from Gene Swallow to Nick Tilsen regarding call from Judd Uhre, Exhibit 74 from deposition of Gene Swallow conducted on March 18, 2024. *See* NDN0003208.
35. Nick Cottier Facebook Posts regarding tribal plates, Exhibit 82 from deposition of Nick Cottier conducted on March 20, 2024. *See* NDN00044871.
36. Email from Connie Uhre to hospitality chain regarding shooting, Exhibit 140 from deposition of Aderianna Young Bear conducted on April 29, 2024. *See* CUHRE000115-116.
37. March 21, 2022 Text Messages between Sunny Red Bear and Amy Sazue regarding Connie Facebook post, Exhibit 144 from deposition of Amy Sazue conducted on May 29, 2024. *See* NDN0003327-3330.
38. Video marked as Defendants' 280, depicting NDN's light projections on Grand Gateway Hotel. *See* NDN0005073.

DATED: December 4, 2025

Respectfully Submitted,

/s/ Haylee Culver______________________
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani 3523
45th Street South, Suite 100 Fargo,
North Dakota 58104
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendants***

And

Donald G. Derrico (Admitted Pro Hac Vice)
Jason C. Scott (Admitted Pro Hac Vice)
Gordon Rees Scully Mansukhani
500 Mamaroneck Ave., Suite 503
Harrison, NY 10528
Telephone: (914) 777-2210
dderrico@grsm.com
jcscott@grsm.com
***Attorneys for Defendants***