UNITED STATES COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE<br><br>Counterclaimants,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | Civ. No. 5:22-cv-05027-LLP<br><br>**DEFENDANTS' SECOND AMENDED TRIAL EXHIBIT LIST** |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

Defendants Retsel Corporation d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, Connie Uhre, and Nicholas Uhre ("Defendants") hereby submit their amended exhibit list for trial. The final exhibit list that Defendants will present at trial is dependent on several factors, including (a) the witnesses that the Plaintiffs present during their case-in-chief and (b) any further rulings by the Court on any motions or objections. This list is presented without waiver of any objections of any party in regard to authenticity, admissibility or on any other ground.

1. Video – June 4, 2020, depicting George Bettelyoun at Front Desk (Clip 1), previously identified as Plaintiffs' 22A.
2. Video – June 4, 2020, depicting George Bettelyoun at Front Desk (Clip 2), previously identified as Plaintiffs' 23A.
3. Video – June 4, 2020, depicting George Bettelyoun and Nick Uhre, previously identified as Defendants' Trial Exhibit 486.
4. Video – March 21, 2022, depicting Sunny Red Bear Front Desk (Part 1), previously identified as Plaintiffs' 26A.
5. Video – March 21, 2022, depicting Sunny Red Bear Front Desk Request Written Policy (Part 2), previously identified as Plaintiffs' 18A.
6. Video – March 21, 2022, depicting plaintiffs in parking lot, previously identified as Defendant's Trial Exhibit 241.
7. Video – March 21, 2022, taken by Monique Mousseau.
8. Video – March 22, 2022, depicting NDN personnel at Front Desk (Part 1), previously identified as Plaintiffs' 24A.
9. Video – March 22, 2022, depicting NDN personnel at Front Desk (Part 2), previously identified as Plaintiffs' 25A.

10. Video – March 22, 2022, depicting Nick Uhre view of NDN personnel at Front Desk, previously identified as Defendants' Trial Exhibit 250.
11. Video – May 27, 2022, depicting Sunny Red Bear Instagram Live of Protest, previously identified as Plaintiffs' 17A.
12. Audio recording of verbal exchange between Nick Tilsen and Brandon Fergerson.
13. Hermus Bettelyoun Facebook Post, Exhibit 68 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NUHRE000007-17.
14. The social media post by Hermus Bettelyoun purporting to show an e-mail from Nicholas Uhre. *See* NDN000139-145.
15. Email from Connie Uhre to hospitality chain regarding shooting, Exhibit 140 from deposition of Aderianna Young Bear conducted on April 29, 2024. *See* CUHRE000115-116.
16. March 25, 2022, Email from Hermus Bettelyoun to Nick Tilsen, Exhibit 142 from the deposition of Nick Tilsen conducted on April 30, 2024. *See* NDN0000138-145.
17. March 21, 2022, Email from Hermus Bettelyoun to Sunny Red Bear, purporting to show an e-mail from Nicholas Uhre, Exhibit 25 from the deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000147-154.
18. March 21, 2022 Post from Hermus Bettelyoun, Exhibit 62 from the deposition of Nick Tilsen conducted on August 22, 2023. *See* NDN0003723-3725.
19. Grand Gateway Hotel Guest List from January 1, 2021, to April 30, 2022, Exhibit 8 from the deposition of Clarity Self conducted on May 23, 2023. *See* US-000230; US-000232; US-000445.

20. Folio and identification from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22).
21. Folio and identification from the Grand Gateway Hotel for Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22).
22. Folio's from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22). *See* US-000456.
23. Folio's from the Grand Gateway Hotel for Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22). *See* US-000458-460.
24. March 25, 2022, Text messages from Gene Swallow to Nick Tilsen, Exhibit 143 from the deposition of Nick Tilson conducted on April 30, 2024. *See* NDN0003207-3208.
25. April 29, 2022, Text messages with Father, Sunny Red Bear, and Hermus Bettelyoun, Exhibit 66 from the deposition of Nick Tilsen conducted on August 22, 2023. *See* NDN0003399-3403.
26. Boycott Grand Gateway Hotel Flyer, Exhibit 35 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000423-424.
27. March 24, 2022, Email from Sherrie to NDN Collective members regarding action debrief, Exhibit 29 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0000129.
28. March 20, 2022, Text Messages between Nick Tilsen and Sunny Red Bear, Exhibit 33 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0003172-3173.

29. June 29, 2022, Sunny Red Bear Freedom Lodge Intake Form, Exhibit 36 from deposition of Sunny Red Bear conducted on August 8, 2023. *See* NDN0003089-3097.
30. December 29, 2022, Palecek Therapy and Consulting Psychotherapy Treatment Plan for Sunny Red Bear. *See* NDN0003111-3112.
31. KOTA Territory News Post, Exhibit 69 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NDN000097.
32. March 22, 2022, Facebook Chat between NDN Members regarding coordination of unity march, Exhibit 73 from deposition of Hermus Bettelyoun conducted on March 18, 2024. *See* NDN0004099-4105.
33. March 24, 2022, Connie Uhre Email to Travel Advisor regarding hotel shutdown, Exhibit 120 from deposition of Connie Uhre conducted on April 11, 2024. *See* CUHRE000090-93.
34. Text Message from Mary Bowman, Exhibit 80 from deposition of Mary Bowman conducted on March 20, 2024. *See* NDN004868.
35. Nick Cottier Facebook Posts regarding tribal plates, Exhibit 82 from deposition of Nick Cottier conducted on March 20, 2024. *See* NDN00044871.
36. The Guest Ledger Reports for the hotel, listing the registered guests at the hotel on 6/4/20.
37. Video marked as Defendants' 280, depicting NDN's light projections on Grand Gateway Hotel. *See* NDN0005073.

DATED: December 11, 2025

Respectfully Submitted,

/s/ Haylee Culver______________________
Haylee M. Culver (SD Bar #4993)
Gordon Rees Scully Mansukhani
1136 Jackson Boulevard, Suite C
Rapid City, SD 57702
Telephone: 701-300-3449
hculver@grsm.com
***Attorneys for Defendants***

And

Donald G. Derrico (Admitted Pro Hac Vice)
Jason C. Scott (Admitted Pro Hac Vice)
Gordon Rees Scully Mansukhani
500 Mamaroneck Ave., Suite 503
Harrison, NY 10528
Telephone: (914) 777-2210
dderrico@grsm.com
jcscott@grsm.com
***Attorneys for Defendants***