UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE,<br><br>Third-Party Plaintiff<br><br>v.<br><br>NDN COLLECTIVE,<br><br>Counterclaim Defendant. | 5:22-CV-05027-KES<br><br>ORDER ON PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS FOR HERMUS BETTELYOUN (DOCKET 378) |

Defendants designated portions of Hermus Bettelyoun's Rule 30(b)(6) deposition to be read as testimony during trial. Docket 367. Plaintiffs object and content that portions of his designations should be excluded. Docket 376 at 1.

The court will rule on the individual objections raised by plaintiffs.

| Page/Line | Objection | Ruling |
|---|---|---|
| 17:11-14 | Object to Relevance | Overruled |
| 29:9-30:25 | Object to relevance regarding 29:13-17.<br><br>Object to 29:18-30:8 as cumulative following testimony at 28-24-25<br><br>Object to 30:19-25 as compound and counsel testifying and cumulative of answer before it | Sustained—based on Docket 229 at 8.<br><br>Overruled<br><br>Overruled |
| 36:2-8 | Object to relevance. | Sustained—not relevant |
| 37:9 | Object to relevance. | Sustained--Not relevant and only a fragment of a question |
| 37:16-18 | Object to relevance. | Sustained—Not relevant. Any probative value is outweighed by unfair prejudice. |
| 39:4-13 | Object to relevance (401) and confusing the issues (403). | Sustained—Not relevant to claims that are still pending. Any probative value is outweighed by unfair prejudice. |
| 40:5-22 | Object to relevance | Sustained—Not relevant to remaining claims. The unfair prejudice outweighs any probative value |
| 43:19-21 | Object to relevance and confusing the issues | Sustained—not relevant to remaining claims. The designation does not identify the timeframe involved |
| 44:3-6 | Object to relevance, confusing the issues, and misleading the jury | Sustained—not relevant to remaining claims. Any probative value is outweighed by unfair prejudice |
| 44:16-23 | Object to relevance and confusing the issues. | Sustained—not relevant to any remaining claim and the probative value |

| | | |
|---|---|---|
| | | is outweighed by the unfair prejudice |
| 47:22-48:18 | Object to 48:8. Plaintiff withdraws the objection | Sustained for 48:8—Not a question<br><br>Overruled for remainder |
| 52:10-13 | Object to relevance, hearsay, improper character evidence, and confusing the issues | Sustained—hearsay and improper character evidence |
| 52:18-53:4 | Object to relevance, hearsay, improper character evidence, and confusing the issues | Sustained—improper character evidence |
| 54:28 | There is no testimony at this location | Sustained—No testimony noted |
| 58:11-13 | Object to relevance, confusing the issues and misleading the jury, leading, lacking foundation, and counsel testifying. | Sustained—No foundation for the testimony |
| 60:14-61:24 | Object to 60:20-25. This is not testimony | Overruled |
| 68:12-70:6 | Object to relevance regarding 68:12-14<br><br>Object to 68:15-21 as argumentative, lacks foundation, no relevant<br><br>Object to 69:23-69:1 and 69:2-6 as not relevant.<br><br>Object to 69:8-70:6 as not relevant, lacking foundation, and improper character evidence | Sustained—no relevance to remaining claims. Probative value is outweighed by unfair prejudice.<br><br>Sustained—not relevant to pending claims<br><br>Sustained—not relevant to pending claims<br><br>Overruled. Relevant |
| 73:2-11 | No objection to 73:2-9. Object to 73:10-11 as improper character evidence and not relevant. | Overruled |

| | | |
|---|---|---|
| 75:22-77:13 | Object to 75:22-76:14 as lacking foundation, argumentative, compound, and leading. | Sustained—Improper form of question. Argumentative |
| 78:6-25 | Object to relevance | Overruled |
| 79:24-80:20 | Object to this entire designation as lacking foundation and misleading | Overruled |
| 81:14-82:14 | Object to 81:14-82:11 as lacking in foundation, confusing the issues, and not relevant. | Overruled |
| 84:7-13 | Object to foundation and hearsay. | Overruled |
| 85:20-86:9 | Lacking in foundation and hearsay. No objection to 86:2-9 | Sustained as to 85:20-86:1. Hearsay. |
| 94:21-25 | Object to relevance | Sustained—addressed in motions in limine at Docket 229, no. 7 |

Thus, it is ORDERED,

1. That plaintiffs' objections to defendant's deposition designations for Hermus Bettelyoun (Docket 378) are SUSTAINED in part and OVERRULED in part.

Dated December 12, 2025

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE