UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE,<br><br>Third-Party Plaintiff<br><br>v.<br><br>NDN COLLECTIVE,<br><br>Counterclaim Defendant. | 5:22-CV-05027-KES<br><br>ORDER ON PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS FOR NICK TILSEN (DOCKET 376) |

Defendants designated portions of Nick Tilsen's Rule 30(b)(6) deposition to be read as testimony during trial. Docket 367. Plaintiffs object to all of the designations contending that he should testify in person, or in the alternative, that portions of his designations should be excluded. Docket 376 at 1-2.

Because this deposition of Nick Tilsen was taken under Fed. R. Civ. P. 30(b)(6), it may properly be used at trial. *See* Fed. R. Civ. P. 32(a)(3). Thus, the court will rule on the individual objections raised by plaintiffs.

| Page/Line | Objection | Ruling |
|---|---|---|
| 25:17-25 | Object to foundation and hearsay. | Overruled |
| 26:1-12 | Object to foundation and hearsay | Overruled |
| 27:12-15 | Object to foundation and misleading the jury under 402 | Overruled |
| 44:4-15 | Object to relevance, foundation, and misleading the jury | Overruled |
| 45:2-15 | Object to relevance and foundation | Overruled |
| 46:3-13 | Object to relevance | Sustained—Not relevant, and any probative value is outweighed by the unfair prejudice |
| 49:2-25 | Object to relevance | Overruled |
| 50:22-51:25 | Object to relevance and confusing the issues | Overruled |
| 52:2-9 | Object to relevance, confusing the issues, and misleading the jury | Overruled |
| 53:4-13 | Object to hearsay, outside, the Rule 30(b)(6) Notice topics, foundation, facts, and exhibits not in evidence, relevance, confusing the issues, and related to Plaintiffs' motion in limine no. 3 (Docket 229 at 6) | Sustained—not relevant, and any probative value is outweighed by unfair prejudice |
| 53:24-54:9 | Object to relevance, confusing the issues, and misleading the jury | Sustained—any probative value is outweighed by unfair prejudice because it would cause jury confusion |

| | | |
|---|---|---|
| 65:21-25 | Object to hearsay and foundation | Sustained—hearsay |
| 66:1-4 | Object to hearsay and foundation | Sustained—hearsay |
| 66:7-16 | Object to hearsay and foundation | Objections to 66:7-16 sustained—hearsay. Objections to 66:7-17 to 19 overruled. |
| 66:23-67:5 | Object to foundation, hearsay, argumentative, misstates testimony. | Sustained—lack of foundation |
| 68:3-12 | Object to foundation and hearsay | Overruled |
| 75:5-10 | Object to relevance and confusing the issues under 403 | Sustained—Response calls for speculation, lack of foundation |
| 77:13-16 | Object to argumentative, lacking foundation, facts note in evidence. | Overruled |
| 78:15-18 | Object to relevance, argumentative, foundation, confusing the issues, and misleading the jury. | Overruled |
| 88:13-16 | Object to relevance, foundation, misleading the jury, confusing the issues, relates to dismissed trespass counterclaim (*see* ruling on Plaintiffs motion in limine no. 5) | Sustained—not relevant to any remaining issues |
| 95:24-25 | Object to foundation | Sustained—See Docket 229, No. 7. |
| 96:1-4 | Object to foundation | Sustained—See Docket 229, no. 7. |
| 102:3-9 | Object to relevance and foundation. Relates to Retsel's now-dismissed tortious interference claim and therefore excluded under Plaintiffs' motion in limine no. 5 (Docket 229 at 7-8.) | Sustained—not relevant to remaining claims |
| 103:20-23 | Object to relevance and foundation | Overruled |
| 106:1-6 | Object to relevance | Overruled |

| | | |
|---|---|---|
| 107:15-25 | Object to relevance. Note at 108:5 counsel withdraws the question | Sustained---question was withdrawn |
| 108:1-4 | Object to relevance. Note at 108:5 counsel withdraws the question | Sustained—question was withdrawn |
| 108:16-25 | Object to relevance. Excluded under Plaintiffs' motion in limine no. 8 (Docket 229 at 9) | Sustained--reference to other litigation is not relevant and unfair prejudice outweighs probative value |
| 110:19-21 | Object to relevance | Overruled |
| 114:6-10 | Object to relevance | Overruled |
| 126:1-4 | Object to foundation, relevance, and confusing the issued. This testimony relates to Retsel's allegations that protests generally harmed Retsel's business, allegations made as part of Retsel's now-dismissed tortious interference claim. Evidence of dismissed counterclaims is excluded under Plaintiffs' motion in limine no. 5 | Sustained—No longer relevant because tortious interference claim was dismissed |
| 127:23-25 & 128:1-21 | Object to relevance. Furthermore, the allegations regarding the Marshal football team relate to the now-dismissed counterclaim for intentional interference with business relations. Therefore, this testimony should be excluded under Plaintiffs' motion in limine no. 5 | Sustained—Hearsay. The part that is not hearsay is no longer relevant because the tortious interference claim was dismissed. |
| 132:7-24 | Object to relevance. Whether any guests of the hotel were called by any protester is not relevant to any claim or counterclaim. This testimony appears to have been directed to the now-dismissed generalized nuisance claim. The Court on summary judgment narrowed the | Sustained—Not relevant to any remaining claim. |

| | | |
|---|---|---|
| | nuisance claim to allegations regarding paint on a van and a light projection. Accordingly, this testimony is also barred by plaintiffs' motion in limine no. 5 | |
| 141:15-17 | Object to relevance, foundation, and confusing the issues. Refers to an exhibit that is not part of any party's exhibit list and therefore should not be admitted | Sustained—Not relevant |
| 143:15-25 | Object to relevance and foundation. Refers to an exhibit that is not part of any party's exhibit list and therefore should not be admitted | Overruled |
| 185:21-25 | Object to foundation and relevance. This designation is a question without an answer | Sustained—Because no response to the question was designated, the question alone is not relevant |

Thus, it is ORDERED,

1. That plaintiffs' objections to defendant's deposition designations for Nick Tilsen (Docket 376) are SUSTAINED in part and OVERRULED in part.

Dated December 12, 2025

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE