UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN,<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE,<br><br>Third-Party Plaintiff<br><br>v.<br><br>NDN COLLECTIVE,<br><br>Counterclaim Defendant. | 5:22-CV-05027-KES<br><br>ORDER ON PLAINTIFFS' OBJECTIONS AND COUNTERDESIGNATIONS TO RETSEL'S AMENDED DEPOSITION DESIGNATIONS FOR CONNIE UHRE (DOCKET 380) |

Defendant designated parts of Connie Uhre's deposition to be read as testimony during the trial (Docket 367). Plaintiffs filed objections. Docket 380.

Because Connie Uhre is deceased, the court finds she is unavailable to testify during the trial, and defendant may read parts of her deposition at trial under Rule 32(a)(4).

The court's rulings on plaintiffs' objections are as follows:

| Page/Line | Objection | Ruling |
|---|---|---|
| 64:2-65:23 | Object based on relevance to 64:2-21, 65:1-6, 7-23 | Sustained—not relevant to remaining claims and any probative value is outweighed by unfair prejudice |
| 71:19-25 | Object to relevance | Sustained—not relevant to remaining claims and any probative value is outweighed by unfair prejudice |
| 72:1-11 | Object to relevance | Sustained—not relevant to remaining claims and any probative value is outweighed by unfair prejudice |
| 76:6-11 | Object to relevance | Sustained—the court determined Uhre assaulted Red Bear as a matter of law. The designated testimony would cause confusion to the jury. As a result, its unfair prejudice outweighs any probative value |
| 77:24-25 | Object to relevance and unfair prejudice | Sustained—improper comment and form of question |
| 78:1-2 | Object to relevance and unfair prejudice | Sustained—the court already determined Uhre assaulted Red Bear as a matter of law. This evidence would just cause jury confusion. |

Thus, it is ORDERED,

1. That plaintiffs' objections to defendant's deposition designations for Connie Uhre (Docket 380) are SUSTAINED in part and OVERRULED in part.

Dated December 12, 2025

BY THE COURT:

*/s/ Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE