DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun
v.
Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre

## EXHIBIT LIST

Case Number: **5:22-CV-5027**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | Brendan V. Johnson; Timothy W. Billion Thad Titze | Haylee Culver, Donald Derrico, Jason Scott, Paul Andrews, and Andre Green |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| December 15, 2025 – December 19, 2025 | Connie Heckenlaible | SLT |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | **A** | **12/15/2025** | **X** | **NDN Website Printout (Does not go back to Jury)** |
| 1 | | | | | KOTA quote re: Nick Uhre's Response (DEX C. Self No. 7) |
| 2 | | | | | Removed |
| **3** | | | **12/16/2025** | **X** | **Email thread from Connie Uhre to Foothills Inn Hotel, et al. re: 1st floor rooms dated Sept. 12, 2021 (CUHRE000048)** |
| 4 | | | | | Email from Connie Uhre to Chad Uhre, et al. re: Decisions for Cheers, dated Sept. 10, 2021 (CUHRE000049) |
| **5** | | | **12/16/2025** | **X** | **Email from Connie Uhre to South Dakota Tourism, et al. re: Crime in the Black Hills dated Feb. 9, 2022 (CUHRE000050 - CUHRE000052)** |
| **6** | | | **12/16/2025** | **X** | **Spreadsheet re: Front Desk to Do dated Nov. 2021 (CUHRE000057)** |
| 7 | | | | | Email from Connie Uhre to Kathy Callagy re: concerns dated May 29, 2022 (CUHRE000060 – CUHRE000062) |
| **8** | | | **12/16/2025** | **X** | **Email from Connie Uhre to Condace Owens re: Hotel owner being sued by Natives dated April 27, 2022 (CUHRE000064)** |
| 9 | | | | | Email from Connie Uhre to Media@RPBlack re: Natives Sue Hotel Owner dated April 27, 2022 (CUHRE000066) |
| 10 | | | | | Email from Connie Uhre to Nick Uhre, et al. re: Unfair Media, Hotel Denies Natives a Hotel Room dated April 2, 2022 (CUHRE000074) |
| **11** | | | **12/16/2025** | **X** | **Email from Connie Uhre to NLPSkills re: assistance with letter dated March 22, 2022 (CUHRE000103 - CUHRE000104)** |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| **NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun** | **v.** | **Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre** | **5:22-CV-5027** | | |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** |
| **12** | | | **12/16/2025** | **X** | **Email thread from Connie Uhre to FDM@ Grand Gateway Hotel re: Media Request dated March 22, 2022 (CUHRE000105 – CUHRE000108)** |
| 13 | | | | | Email from Connie Uhre to Bill O'Reilly re: NDN Collective an Indian Movement That is Getting Huge dated July 2, 2022 (CUHRE000120) |
| 14 | | | | | Email from Connie Uhre to Dana Voges re: Check out Anti-Discrimination Policy – Workable dated June 24, 2022 (CUHRE000122) |
| 15 | | | | | Email from Connie Uhre to Kristen Dadash re: FD to do Manual, Find the answers by asking, so make a list, dated June 12, 2022. Attaches Front Desk to Do List dated Nov. 2021 (CUHRE000126 – CUHRE000127) |
| 16 | | | | | Email from Connie Uhre to Nick Uhre, et al., dated Feb. 22, 2021 (CUHRE000317 – CUHRE000318) |
| **17** | | | **12/15/2025** | **X** | **Video - Sunny Red Bear Instagram Live, dated May 27, 2022 (CUHRE000529)** |
| **18** | | | **12/15/2025** | **X** | **Video – March 21, 2022 Front Desk Sunny Red Bear Part 2 (IN-RETSEL000115)** |
| 19 | | | | | Notebook entitled Grand Gateway Hotel Front Desk Communication Log & Reference Guide for Commonly Used Procedures (purple) (IN-RETSEL000193 – IN-RETSEL000337) |
| 20 | | | | | Notebook entitled Grand Gateway Hotel Front Desk Communications Log & Reference Guide for Commonly Used Procedures (red) (IN-RETSEL000341 – IN-RETSEL000469) |
| **21** | | | **12/15/2025** | **X** | **Rapid City Police Department Case Report dated June 6, 2020 (IN-RETSEL000579 – IN-RETSEL000580)** |
| **22** | | | **12/15/2025** | **X** | **Video – June 4, 2020, George Bettelyoun Part 1 (IN-RETSEL000614)** |
| **23** | | | **12/15/2025** | **X** | **Video – June 4, 2020, George Bettelyoun Part 2 (IN-RETSEL000617)** |
| **24** | | | **12/15/2025** | **X** | **Video – March 22, 2022, NDN Collective Part 1 (IN-RETSEL000624)** |
| **25** | | | **12/15/2025** | **X** | **Video – March 22, 2022, NDN Collective Part 2 (IN-RETSEL000625)** |
| **26** | | | **12/15/2025** | **X** | **Video – March 21, 2022, Sunny Red Bear Part 2 (IN-RETSEL000630)** |
| **27** | | | **12/15/2025** | **X** | **Video – Sunny Red Bear Audio Renting a room on March 21 (IN-RETSEL000648)** |
| **28** | | | **12/16/2025** | **X** | **Email from Nick Uhre to Mike Davidson, et al. re: Expedia Group Health and Safety Incident Investigation dated June 1, 2022** |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | | | 5:22-CV-5027 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** |
| | | | | | **(IN-RETSEL000785 – IN-RETSEL000789) (*Need Updated Version)** |
| 29 | | | | | Document entitled Connie's Bible (IN-RETSEL000822 – IN-RETSEL001022) |
| **30** | | | **12/18/2025** | **X** | **Letter from Mark Vargo, Office of the Pennington County State's Attorney to Chief Don Hedrick, Rapid City Police Department dated April 13, 2023 (IN-RETSEL001260)** |
| **31** | | | **12/15/2025** | **X** | **Rapid City Police Department Report dated March 25, 2022 (IN-RETSEL001312 – IN-RETSEL001315)** |
| **32** | | | **12/15/2025** | **X** | **Rapid City Police Department Call Log (IN-RETSEL001660 – IN-RETSEL001661)** |
| **33** | | | **12/16/2025** | **X** | **Guest Payment Procedures dated Oct. 15, 2020 (IN-RETSEL001708)** |
| 34 | | | | | Removed |
| **35** | | | **12/16/2025** | **X** | **Email from Connie Uhre to Judd Uhre, et al. re: Bad Natives dated May 28, 2022 (IN-RETSEL001796 – IN-RETSEL001797)** |
| 36 | | | | | Removed |
| 37 | | | | | Rapid City Police Department Call Log (IN-RETSEL001862 – IN-RETSEL001909) |
| **38** | | | **12/15/2025** | **X** | **Grand Gateway Hotel Balance Sheet As of December 31, 2023 (IN-RETSEL002143 – IN-RETSEL002144)** |
| **39** | | | **12/15/2025** | **X** | **Grand Gateway Hotel Profit & Loss, January 2019 – December 2023 (IN-RETSEL002145 – IN-RETSEL002146)** |
| 40 | | | | | Email thread from Judson Uhre to Richard Uhre Re: Hi, Looking for Some Emotional Support for my Short Story/Comic Book, dated June 5, 2022 with attachment (JUDDUHRE001208 - JUDDUHRE001212) |
| 41 | | | | | Email thread from Nick Uhre re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (NDN0000139 - NDN0000145) |
| 42 | | | | | Email from Hermus Bettelyoun to Sunny Red Bear dated March 21, 2022 with attachment (NDN0000147 – NDN0000155) |
| **43** | | | **12/15/2025** | **X** | **Connie Uhre facebook post (NDN0003313)** |
| **44** | | | **12/16/2025** | **X** | **Short Message Report dated March 21, 2022 (NDN0003723 - NDN0003725)** |
| 45 | | | | | Email from Nick Uhre to Morgan Wiegel re: A Plea to my CLEO SDCL 3-17-7 the Removal of Elected Officer dated March 22, 2022 (NUHRE000018 - NUHRE000028) |
| 46 | | | | | Email from Nick Uhre to Darsha Nelson, et al. re: This is Nick Uhre, My Official Statement dated March 22, 2022 |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | | | 5:22-CV-5027 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** |
| | | | | | (NUHRE000029 - NUHRE000032) |
| 47 | | | | | Nick Uhre facebook post dated March 22 (NUHRE000104) |
| 48 | | | | | Steve Allender Twitter post dated March 21, 2022 (NUHRE000527) |
| 49 | | | | | Email thread from Jason M. Morey to Nick Uhre re: Open Source Intelligence dated Aug. 1, 2022 (NUHRE001026 - NUHRE001027) |
| 50 | | | | | Connie Uhre facebook post re: no Native Americans on property (NUHRE001877 – NUHRE001878) |
| 51 | | | | | Email thread from Darsha Nelson to Nick Uhre re: Statement (NUHRE001906 - NUHRE001907) |
| 52 | | | | | Email thread from Kent Hagg to Tim Johnson, et al. re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (NUHRE001949 - NUHRE001952) |
| **53** | | | **12/16/2025** | **X** | **Email thread from Nick Uhre to Casey Thompson, et al. re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (NUHRE001985 - NUHRE001990) (*Need Updated Version)** |
| 54 | | | | | Email thread from CA Escapee to Nick Uhre, et al. re: No Safety No Justice dated July 19, 2021 (NUHRE002570 - NUHRE002571) |
| 55 | | | | | Email from gopherbroke to Nick Uhre, et al. re: Just Informed That Black Hills Patrol is Having Staffing Problems dated July 13, 2021 (NUHRE002596 - NUHRE002597) |
| 56 | | | | | Email thread from Nick Uhre to Launch Collective, LLC, Jordan Mason re: Blog Template Layout dated Nov. 5, 2021 (NUHRE028639 - NUHRE028640) |
| 57 | | | | | Nick Uhre facebook post dated Feb. 26, 2021 (NUHRE029587) |
| 58 | | | | | Nick Uhre facebook post dated July 16, 2021 (NUHRE029602) |
| 59 | | | | | Nick Uhre facebook post dated July 8, 2021 (NUHRE029684) |
| **60** | | | **12/15/2025** | **X** | **Nick Uhre facebook post dated July 14, 2021 (NUHRE029686)** |
| 61 | | | | | Nice Uhre facebook post dated Oct. 12, 2021 (NUHRE029696) |
| **62** | | | **12/15/2025** | **X** | **Nick Uhre facebook post dated Dec. 15, 2021 (NUHRE029703)** |
| 63 | | | | | Short Chat Message Report dated May 30, 2022 (NUHRE029997 - NUHRE030003) |
| **64** | | | **12/18/2025** | **X** | **Short Chat Message Report dated March 21-22, 2022 (NUHRE030031 - NUHRE030033)** |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| **NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun** | **v.** | **Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre** | **5:22-CV-5027** |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 65 | | | | | Short Chat Message Report dated June 27, 2022 (NUHRE030110 - NUHRE030111) |
| 66 | | | | | Short Chat Message Report dated Nov. 8, 2021 (NUHRE030524 - NUHRE030525) |
| 67 | | | | | Short Chat Message Report dated March 22, 2022 (NUHRE030535 - NUHRE030537) |
| 68 | | | | | Short Chat Message Report dated March 21-22, 2022 (NUHRE030805 - NUHRE030807) |
| **69** | | | **12/16/2025** | **X** | **Short Chat Message Report dated March 22, 2022 (NUHRE030827 - NUHRE030828)** |
| 70 | | | | | Short Chat Message Report dated Jan. 13-14, 2022 (NUHRE030838 - NUHRE030841) |
| 71 | | | | | Native American Scalping Image (NUHRE030842) |
| 72 | | | | | Removed |
| 73 | | | | | Short Chat Message Report dated Oct. 15, 2022 (NUHRE031245 - NUHRE031246) |
| **74** | | | **12/16/2025** | **X** | **Bruce W. Whalen and Nick Uhre facebook exchange dated July 31, 2022 (NUHRE031576 - NUHRE031578) (*Need Updated Version)** |
| **75** | | | **12/16/2025** | **X** | **Dane Oman and Nick Uhre text exchange dated April 27, 2022 (NUHRE031610 - NUHRE031612) (*Need Updated Version)** |
| 76 | | | | | Joe Kris Brewer, et al. facebook posts (NUHRE031831 - NUHRE031852) |
| **77** | | | **12/16/2025** | **X** | **Email thread from Julie D. to Connie Uhre re: Are you heading to Cabo soon?, dated October 9, 2020 (NUHRE031946 - NUHRE031947)** |
| **78** | | | **12/15/2025** | **X** | **Text exchange between Nick Uhre and Teri Ausdal Arneson dated June 7, 2020 (NUHRE032036)** |
| 79 | | | | | George Bettelyoun facebook post (NUHRE032055) |
| **80** | | | **12/15/2025** | **X** | **Short Chat Message Report dated June 12-13, 2020 (NUHRE032078 - NUHRE032083) (*Need Updated Version)** |
| **81** | | | **12/15/2025** | **X** | **Short Chat Message Report dated June 5, 2020 (NUHRE032148 - NUHRE032151) (*Need Updated Version)** |
| 82 | | | | | Short Chat Message Report dated Oct. 7-8, 2022 (CHADUHRE005990 - CHADUHRE005996) |
| 83 | | | | | Letter to the Lakota Nation from Connie Uhre dated March 22, 2022 (CUHRE000100) |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | 5:22-CV-5027 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **84** | | | **12/16/2025** | **X** | **2019 Roommaster data (IN-RETSEL000083)** |
| **85** | | | **12/16/2025** | **X** | **2020 Roommaster data (IN-RETSEL000084)** |
| **86** | | | **12/16/2025** | **X** | **2021 Roommaster data (IN-RETSEL000085)** |
| **87** | | | **12/16/2025** | **X** | **2022 Roommaster data (IN-RETSEL000086)** |
| 88 | | | | | Removed |
| 89 | | | | | Video – Protest in front of Grand Gateway (NDN0005083) |
| 90 | | | | | Document entitled All Guests dated Jan. 1, 2021 – April 30, 2022 (RETSEL 0144 - RETSEL 0420) |
| **91** | | | **12/15/2025** | **X** | **Connie Uhre facebook post (CHADUHRE005713)** |
| 92 | | | | | Email thread from Nick Uhre to Chad Uhre re: Shooting at the Grand Gateway Hotel (CHADUHRE005732 - CHADUHRE005733) |
| 93 | | | | | Removed |
| 94 | | | | | Perkins parking lot video (CHADUHRE006279) |
| 95 | | | | | Connie Uhre's letter dated March 22, 2022 asking for Native Lakota Letter to be published (CUHRE000001) |
| 96 | | | | | Email from Connie Uhre to Connie Uhre re: Staff Procedures for Re-open 4-2022 – Policies of the Grand Gateway Hotel (CUHRE000071) |
| 97 | | | | | Email thread from Connie Uhre to Nick Uhre re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (CUHRE000111 - CUHRE000114) |
| 98 | | | | | Email thread from Connie Uhre to Josh Uhre, et al. re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (CUHRE000115 - CUHRE000116) |
| 99 | | | | | Document entitled Mandatory Staff Meeting, March 22, 2022, Grand Gateway Hotel and March 23, 2022, Foothills Inn (IN-RETSEL001264 - IN-RETSEL001267) |
| 100 | | | | | Email from Connie Uhre to Staff @ Grand Gateway Hotel, et al. re: Day end Close Report, etc. dated Oct. 23, 2022 (IN-RETSEL001740) |
| 101 | | | | | George Bettelyoun facebook post (IN-RETSEL001749) |
| 102 | | | | | George Bettelyoun facebook post (IN-RETSEL001750) |
| 103 | | | | | George Bettelyoun facebook post (IN-RETSEL001756) |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| **NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun** | **v.** | **Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre** | | | **5:22-CV-5027** |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** |
| 104 | | | | | Email thread from Nick Uhre to Casey Thompson re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (JUHRE000176 - JUHRE000180) |
| **105** | | | **12/18/2025** | **X** | **Email thread from Nick Uhre to Josh Uhre re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (NDN0000148 - NDN0000155)** |
| 106 | | | | | Email from Nick Uhre to Josh Uhre re: Shooting at the Grand Gateway Hotel dated March 20, 2022 (NDN0003725) |
| 107 | | | | | Document obtained from Page Vault entitled Last night, NDN Action and @the.illuminator projected outside the Grand Gateway Hotel to boycott racism in the Rapid City area. We will… dated Feb. 9, 2024 (NDN0005666 - NDN0005675) |
| 108 | | | | | Removed |
| 109 | | | | | Removed |
| 110 | | | | | Removed |
| 111 | | | | | Removed |
| 112 | | | | | Removed |
| 113 | | | | | Removed |
| 114 | | | | | Removed |
| 115 | | | | | Removed |
| 116 | | | | | Removed |
| 117 | | | | | Removed |
| 118 | | | | | Email thread from Operations Manager at Grand Gateway Hotel to Nick Uhre re: NBC News Inquiry re: NDN Suit dated March 24, 2022 (NUHRE001877) |
| 119 | | | | | Removed |
| **120** | | | **12/17/2025** | **X** | **Carla White Feather facebook re-posting of George Bettelyoun's facebook post (NUHRE030234)** |
| 121 | | | | | George Bettelyoun facebook post (NUHRE030255) |
| 122 | | | | | Redcloud A Jordan's facebook post (NUHRE032100) |
| 123 | | | | | George Bettelyoun facebook post (NUHRE032104) |
| **124** | | | **12/18/2025** | **X** | **Curriculum Vitae/Resume of Plaintiffs' Expert, David Sherwyn** |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | 5:22-CV-5027 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 125 | | | | | Defendant Retsel's Interrogatory Answers |
| **126** | | | **12/18/2025** | **X** | **Short Chat Message Report dated May 10, 2022 (NUHRE030071 – NUHRE030073)** |
| 127 | | | | | Connie Uhre facebook post (NUHRE032098) |
| 128 | | | | | Connie Uhre's letter resigning from Retsel (IN-RETSEL001691) |
| 129 | | | | | Retsel's commercial properly coverage declaration |
| 130 | | | | | Connie Uhre email with Trip Advisor March 24, 2022 (CUHRE000090) |
| **131** | | | **12/18/2025** | **X** | **Retsel's 2022 Annual Report to SD Secretary of State** |
| **132** | | | **12/15/2025** | **X** | **Video marked as Exhibit 17 (CUHRE000529) (assault of Sunny Red Bear) with captions** |
| **133** | | | **12/15/2025** | **X** | **Video marked as Exhibit 18 (IN-RETSEL000115) (Part 2 of Red Bear at Grand Gateway) with captions** |
| **134** | | | **12/15/2025** | **X** | **Video marked as Exhibit 22 (IN-RETSEL000614) (Part 1 of George Bettelyoun at Grand Gateway) with captions** |
| **135** | | | **12/15/2025** | **X** | **Video marked as Exhibit 23 (IN-RETSEL000617) (Part 2 of George Bettelyoun at Grand Gateway) with captions** |
| **136** | | | **12/15/2025** | **X** | **Video marked as Exhibit 24 (IN-RETSEL000624) (Part 1 of March 22 Plaintiffs at Grand Gateway) with captions** |
| **137** | | | **12/15/2025** | **X** | **Video marked as Exhibit 25 (IN-RETSEL000625) (Part 2 of March 22 Plaintiffs at Grand Gateway) with captions** |
| **138** | | | **12/15/2025** | **X** | **Video marked as Exhibit 26 (IN-RETSEL000630) (Part 1 of Red Bear at Grand Gateway) with captions** |
| **139** | | | **12/15/2025** | **X** | **Video of George Bettelyoun leaving hotel (IN-RETSEL000618)** |
| | **200** | | **12/18/2025** | **X** | **Video marked as Defendants' 280, depicting NDN's light projections on Grand Gateway Hotel. *See* NDN0005073.** |
| | **201** | | **12/15/2025** | **X** | **Video – June 4, 2020, depicting George Bettelyoun at Front Desk (Clip 1)** |
| | **202** | | **12/15/2025** | **X** | **Video – June 4, 2020, depicting George Bettelyoun at Front Desk (Clip 2)** |
| | **203** | | **12/15/2025** | **X** | **Video – June 4, 2020, depicting George Bettelyoun and Nick Uhre in doorway of Grand Gateway Hotel, previously identified as Defendants' Trial Exhibit 486.** |
| | **204** | | **12/15/2025** | **X** | **Video – March 21, 2022, depicting Sunny Red Bear Front Desk (Part 1)** |
| | **205** | | **12/15/2025** | **X** | **Video – March 21, 2022, depicting Sunny Red Bear Front Desk Request Written Policy (Part 2)** |
| | **206** | | **12/15/2025** | **X** | **Video – March 21, 2022, depicting plaintiffs in hotel parking lot** |
| | 207 | | | | Video – March 21, 2022, taken by Monique Mousseau |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | 5:22-CV-5027 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | **208** | | **12/15/2025** | **X** | **Video – March 22, 2022, depicting NDN personnel at Front Desk (Part 1)** |
| | **209** | | **12/15/2025** | **X** | **Video – March 22, 2022, depicting NDN personnel at Front Desk (Part 2)** |
| | 210 | | | | Video – March 22, 2022, depicting Nick Uhre view of NDN personnel at Front Desk, previously identified as Defendants' Trial Exhibit 250. |
| | **211** | | **12/15/2025** | **X** | **Video – May 27, 2022, depicting Sunny Red Bear Instagram Live of Protest** |
| | 212 | | | | Audio Recording – Nick Tilsen and Brandon Ferguson |
| | **213** | | **12/16/2025** | **X** | **Hermus Bettelyoun Facebook Post, [Exhibit 68 from deposition of Hermus Bettelyoun conducted on March 18, 2024] *See* NUHRE000007-17.** |
| | 214 | | | | The social media post by Hermus Bettelyoun purporting to show an e-mail from Nicholas Uhre. *See* NDN000139-145. |
| | **215** | | **12/15/2025** | **X** | **Email from Connie Uhre to hospitality chain regarding shooting [Exhibit 140 from deposition of Aderianna Young Bear conducted on April 29, 2024]. *See* CUHRE000115-116.** |
| | 216 | | | | March 25, 2022, Email from Hermus Bettelyoun to Nick Tilsen [Exhibit 142 from the deposition of Nick Tilsen conducted on April 30, 2024]. *See* NDN0000138-145. |
| | 217 | | | | March 21, 2022, Email from Hermus Bettelyoun to Sunny Red Bear, purporting to show an e-mail from Nicholas Uhre [Exhibit 25 from the deposition of Sunny Red Bear conducted on August 8, 2023]. *See* NDN0000147-154. |
| | 218 | | | | March 21, 2022, Post from Hermus Bettelyoun [Exhibit 62 from the deposition of Nick Tilsen conducted on August 22, 2023]. *See* NDN0003723-3725. |
| | 219 | | | | Grand Gateway Hotel Guest List from January 1, 2021, to April 30, 2022 [Exhibit 8 from the deposition of Clarity Self conducted on May 23, 2023]. *See* US-000439-445. |
| | 220 | | | | Folio and identification from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22) |
| | 221 | | | | Folio and identification from the Grand Gateway Hotel for Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22). |
| | 222 | | | | Folio's from the Grand Gateway Hotel for Pamela Giroux (stayed at hotel 3/20/22 to 3/21/22) *See* US-000456. |
| | 223 | | | | Folio's from the Grand Gateway Hotel for Troy Lynn Peneaux (stayed at hotel 3/20/22 to 3/21/22). *See* US-000458-460. |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| NDN Collective, Sunny Red Bear, Nick Cottier, Bre Jackson, Mary Bowman, and George Bettelyoun | v. | Retsel Corporation, d/b/a Cheers Sports Lounge and Casino, and Connie Uhre | 5:22-CV-5027 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 224 | | | | March 25, 2022, Text messages from Gene Swallow to Nick Tilsen [Exhibit 143 from the deposition of Nick Tilson conducted on April 30, 2024]. *See* NDN0003207-3208. |
| | 225 | | | | April 29, 2022, Text messages with Father, Sunny Red Bear, and Hermus Bettelyoun [Exhibit 66 from the deposition of Nick Tilsen conducted on August 22, 2023]. *See* NDN0003399-3403. |
| | 226 | | | | Boycott Grand Gateway Hotel Flyer [Exhibit 35 from deposition of Sunny Red Bear conducted on August 8, 2023]. *See* NDN0000423-424. |
| | 227 | | | | March 24, 2022, Email from Sherrie to NDN Collective members regarding action debrief [Exhibit 29 from deposition of Sunny Red Bear conducted on August 8, 2023]. *See* NDN0000129. |
| | 228 | | | | March 20, 2022, Text Messages between Nick Tilsen and Sunny Red Bear [Exhibit 33 from deposition of Sunny Red Bear conducted on August 8, 2023]. *See* NDN0003172-3173. |
| | 229 | | | | June 29, 2022, Sunny Red Bear Freedom Lodge Intake Form [Exhibit 36 from deposition of Sunny Red Bear conducted on August 8, 2023]. *See* NDN0003089-3097. |
| | 230 | | | | December 29, 2022, Palecek Therapy and Consulting Psychotherapy Treatment Plan for Sunny Red Bear. *See* NDN0003111-3112. |
| | 231 | | | | KOTA Territory News Post [Exhibit 69 from deposition of Hermus Bettelyoun conducted on March 18, 2024]. *See* NDN000097. |
| | 232 | | | | March 22, 2022, Facebook Chat between NDN Members regarding coordination of unity march [Exhibit 73 from deposition of Hermus Bettelyoun conducted on March 18, 2024]. *See* NDN0004099-4105. |
| | 233 | | | | March 24, 2022, Connie Uhre Email to Travel Advisor regarding hotel shutdown [Exhibit 120 from deposition of Connie Uhre conducted on April 11, 2024]. *See* CUHRE000090-93. |
| | 234 | | | | Text Message from Mary Bowman [Exhibit 80 from deposition of Mary Bowman conducted on March 20, 2024]. *See* NDN004868. |
| | 235 | | | | Nick Cottier Facebook Posts regarding tribal plates [Exhibit 82 from deposition of Nick Cottier conducted on March 20, 2024]. *See* NDN00044871. |
| | 236 | | | | The Guest Ledger Reports for the hotel, listing the registered guests at the hotel on 6/4/20. |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.