## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

## WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN<br><br>Plaintiffs,<br><br>v.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant,<br><br>and<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, AND NICHOLAS UHRE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>NDN Collective,<br><br>Counterclaim Defendant. | 5:22-CV-05027-KES<br><br>**VERDICT** |

31

We the jury, duly impaneled in the above-entitled action and sworn to try the issues therein, unanimously find the following:

## Question 1
## George Bettelyoun's Discrimination Claim

Question 1(a): On plaintiff George Bettelyoun's claim of discrimination against Retsel Corporation, we find in favor of

__✓__ Plaintiff, George Bettelyoun        _____ Defendant, Retsel Corporation

If you found in favor of George Bettelyoun, go to Question 1(b). If you did not find in favor of George Bettelyoun, proceed to Question 2.

Question 1(b): If you found for George Bettelyoun, state the amount of compensatory damages, or write $1 to award nominal damages:
___$25,000_____.

If you found for George Bettelyoun, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: _____0_____

Proceed to Question 2.

32

## Question 2
## Sunny Red Bear's Discrimination Claim

Question 2(a): On plaintiff Sunny Red Bear's claim of discrimination against Retsel Corporation, we find in favor of

__✓__ Plaintiff, Sunny Red Bear        _____ Defendant, Retsel Corporation

If you found in favor of Sunny Red Bear, go to Question 2(b). If you did not find in favor of Sunny Red Bear, proceed to Question 3.

Question 2(b): If you found for Sunny Red Bear, state the amount of compensatory damages, or write $1 to award nominal damages:
_____$1_____.

If you found for Sunny Red Bear, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: ____$8,000_____

Proceed to Question 3.

33

## Question 3
## Bre Jackson's Discrimination Claim

<u>Question 3(a):</u> On plaintiff Bre Jackson's claim of discrimination against Retsel Corporation, we find in favor of

__✓__ Plaintiff, Bre Jackson          _____ Defendant, Retsel Corporation

If you found in favor of Bre Jackson, go to Question 3(b). If you did not find in favor of Bre Jackson, proceed to Question 4.

Question 3(b): If you found for Bre Jackson, state the amount of compensatory damages, or write $1 to award nominal damages: __$2,000__.

If you found for Bre Jackson, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: __$8,000__

Proceed to Question 4.

34

## Question 4
## Mary Bowman's Discrimination Claim

<u>Question 4(a)</u>: On plaintiff Mary Bowman's claim of discrimination against Retsel Corporation, we find in favor of

__✓__ Plaintiff, Mary Bowman          _____ Defendant, Retsel Corporation

If you found in favor of Mary Bowman, go to Question 4(b). If you did not find in favor of Mary Bowman, proceed to Question 5.

Question 4(b): If you found for Mary Bowman, state the amount of compensatory damages, or write $1 to award nominal damages:
___$2,000_____.

If you found for Mary Bowman, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: _____$8,000_____

Proceed to Question 5.

35

## Question 5
## Nick Cottier's Discrimination Claim

Question 5(a): On plaintiff Nick Cottier's claim of discrimination against Retsel Corporation, we find in favor of

_√_ Plaintiff, Nick Cottier        _____ Defendant, Retsel Corporation

If you found in favor of Nick Cottier, go to Question 5(b). If you did not find in favor of Nick Cottier, proceed to Question 6.

Question 5(b): If you found for Nick Cottier, state the amount of compensatory damages, or write $1 to award nominal damages: __$2,000__.

If you found for Nick Cottier, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: __$8,000__

Proceed to Question 6.

36

## Question 6
## NDN Collective's Discrimination Claim

<u>Question 6(a)</u>: On plaintiff NDN Collective's claim of discrimination against Retsel Corporation, we find in favor of

__✓__ Plaintiff, NDN Collective        _____ Defendant, Retsel Corporation

If you found in favor of NDN Collective, go to Question 6(b). If you did not find in favor of NDN collective, proceed to Question 7.

Question 6(b): If you found for NDN Collective, state the amount of compensatory damages, or write $1 to award nominal damages: _____$1_____.

If you found for NDN Collective, and you decide to award punitive damages, state the amount of punitive damages, if any, awarded against Retsel Corporation: _____$1_____

Proceed to Question 7.

37

## Question 7
## Sunny Red Bear's Assault Claim

Question 7(a): Is Retsel Corporation liable for Connie Uhre's assault of Sunny Red Bear?

____✓____ Yes                    _____ No

If you found that Retsel Corporation is liable for Connie Uhre's assault of Sunny Red Bear, go to Question 7(b). If you found that Retsel Corporation is not liable for Connie Uhre's assault of Sunny Red Bear, proceed to Question 8.

Question 7(b): State the amount of compensatory damages awarded to Sunny Red Bear: ____$1,000____

Proceed to Question 8.

38

## Question 8
## Retsel Corporation's Defamation Claim

Question 8(a): On Retsel Corporation's claim of defamation against NDN Collective, we find in favor of

_____Counterclaim Plaintiff, Retsel Corporation
__✓__Counterclaim Defendant, NDN Collective

If you found in favor of Retsel Corporation, go to Question 8(b). If you did not find in favor of Retsel Corporation, proceed to Question 9.

Question 8(b): If you found for Retsel Corporation, state the amount of compensatory damages, or write $1 to award nominal damages: _____.

Proceed to Question 9.

39

## Question 9
## Nicholas Uhre's Defamation Claim

Question 9(a): On Nicholas Uhre's claim of defamation against NDN Collective, we find in favor of

_____Counterclaim Plaintiff, Nicholas Uhre
__✓__Counterclaim Defendant, NDN Collective

If you found in favor of Nicholas Uhre, go to Question 9(b). If you did not find in favor of Nicholas Uhre, proceed to Question 10.

Question 9(b): If you found for Nicholas Uhre, state the amount of compensatory damages, or write $1 to award nominal damages:

_____.

Proceed to Question 10.

40

## Question 10
## Retsel Corporation's Nuisance Claim

Question 10(a): On Retsel Corporation's claim of nuisance against NDN Collective, we find in favor of

$\checkmark$ Counterclaim Plaintiff, Retsel Corporation
_____Counterclaim Defendant, NDN Collective

If you found in favor of Retsel Corporation, go to Question 10(b). If you did not find in favor of Retsel Corporation, sign and date the verdict form.

Question 10(b): If you found for Retsel Corporation, state the amount of compensatory damages, or write $1 to award nominal damages:
____$812.00____.

**Have your foreperson sign and date the verdict form below.**

Dated this 19 of December, 2025


Foreperson.

41