UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN and GEORGE BETTELYOUN, <br><br> Plaintiffs, <br><br> v. <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, <br><br> Defendant, <br><br> and <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NDN Collective, <br><br> Counterclaim Defendant. | 5:22-CV-05027-KES <br><br><br> JUDGMENT |

This action came before the court for trial by jury. The issues have been tried, and the jury found:

- that Retsel Corporation is liable for discrimination against George Bettelyoun and that Bettelyoun is entitled to $25,000 in compensatory damages and $0 in punitive damages;

- that Retsel Corporation is liable for discrimination against Sunny Red Bear and that Red Bear is entitled to nominal damages in the amount of $1.00 and $8,000 in punitive damages;

- that Retsel Corporation is liable for discrimination against Bre Jackson and that Jackson is entitled to $2,000 in compensatory damages and $8,000 in punitive damages;

- that Retsel Corporation is liable for discrimination against Mary Bowman and that Bowman is entitled to $2,000 in compensatory damages and $8,000 in punitive damages;

- that Retsel Corporation is liable for discrimination against Nick Cottier and that Cottier is entitled to $2,000 in compensatory damages and $8,000 in punitive damages;

- that Retsel Corporation is liable for discrimination against NDN Collective and that NDN Collective is entitled to nominal damages in the amount of $1.00 and $1.00 in punitive damages;

- that Retsel Corporation is liable for Connie Uhre's assault of Sunny Red Bear and that Red Bear is entitled to $1,000 in compensatory damages;

- that NDN Collective is not liable to Retsel Corporation for defamation;

- that NDN Collective is not liable to Nicolas Uhre for defamation; and

- that NDN Collective is liable to Retsel Corporation for nuisance and that Retsel Corporation is entitled to $812.00 in compensatory damages.

Thus, it is

ORDERED, ADJUDGED, and DECREED that

- judgment is entered in favor of George Bettelyoun and against Retsel Corporation is the amount of $25,000 in compensatory damages;

- judgment is entered in favor of Sunny Red Bear and against Retsel Corporation is the amount of $1.00 for nominal damages and $8,000 in punitive damages on Red Bear's claim for discrimination;

- judgment is entered in favor of Bre Jackson and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of Mary Bowman and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of Nick Cottier and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of NDN Collective and against Retsel Corporation in the amount of $1.00 for nominal damages and $1.00 in punitive damages on NDN Collective's discrimination claim;

- judgment is entered in favor of Sunny Red Bear and against Retsel Corporation is the amount of $1,000 for compensatory damages on Red Bear's assault claim;

- judgment is entered in favor of NDN Collective and against Retsel Corporation on Retsel Corporation's claim of defamation;

- judgment is entered in favor of NDN Collective and against Nicholas Uhre on Uhre's claim of defamation; and

- judgment is entered in favor of Retsel Corporation and against NDN Collective in the amount of $812.00 in compensatory damages on Retsel Corporation's claim for nuisance.

Dated December 22, 2025

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE