UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN, <br><br> Plaintiffs, <br><br> v. <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and CONNIE UHRE, <br><br> Defendants, <br><br> and <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE <br><br> Counterclaimants, <br><br> v. <br><br> NDN Collective, <br><br> Counterclaim-Defendant. | Civ. No. 5:22-cv-05027-LLP <br><br><br> **DEFENDANT RETSEL CORPORATION'S COMBINED RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, ALTERNATIVE MOTION TO ALTER, AMEND, OR REMIT THE JUDGMENT, AND FURTHER ALTERNATIVE MOTION FOR A NEW TRIAL** |

Defendant Retsel Corporation ("Retsel") respectfully moves, under Federal Rules of Civil Procedure 50(b), 59(a), and 59(e), for the following relief: (1) vacatur of the judgment against Retsel and entry of judgment for Retsel on all claims against it ; (2) in the alternative, to alter, amend, or remit the judgment to vacate all findings of liability under Section 1981, or at least remit the punitive damages awarded to Red Bear; or (3) in the second alternative, a new trial on liability only. This motion is supported by the concurrently filed memorandum of law.

Dated: January 16, 2026

*/s/ Haylee M. Culver*
Haylee M. Culver (SD Bar #4993)
Don Derrico (admitted *pro hac vice*)
GORDON REES SCULLY MANSUKHANI
283 West Front Street, Suite 003
Missoula, MT 59802
701-300-3449
hculver@grsm.com
dderrico@grsm.com

*Attorneys for Defendant Retsel Corporation*