UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN, | 5:22-CV-05027-KES |
| Plaintiffs, | AMENDED JUDGMENT |
| v. | |
| RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, | |
| Defendant, | |
| and | |
| RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO and NICHOLAS UHRE, | |
| Counterclaim Plaintiffs, | |
| v. | |
| NDN Collective, | |
| Counterclaim Defendant. | |

Under the Order Granting Plaintiffs' Motion for Attorney's Fees, Denying Defendant's Cross-Motion for Discovery, an Evidentiary Hearing, and Referral, and Granting Defendant's Motion for Leave to File Supplemental Declaration, it is

ORDERED, ADJUDGED, and DECREED that

- judgment is entered in favor of George Bettelyoun and against Retsel Corporation is the amount of $25,000 in compensatory damages;

- judgment is entered in favor of Sunny Red Bear and against Retsel Corporation is the amount of $1.00 for nominal damages and $8,000 in punitive damages on Red Bear's claim for discrimination;

- judgment is entered in favor of Bre Jackson and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of Mary Bowman and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of Nick Cottier and against Retsel Corporation is the amount of $2,000 for compensatory damages and $8,000 in punitive damages;

- judgment is entered in favor of NDN Collective and against Retsel Corporation in the amount of $1.00 for nominal damages and $1.00 in punitive damages on NDN Collective's discrimination claim;

- judgment is entered in favor of Sunny Red Bear and against Retsel Corporation is the amount of $1,000 for compensatory damages on Red Bear's assault claim;

- judgment is entered in favor of NDN Collective and against Retsel Corporation on Retsel Corporation's claim of defamation;

2

- judgment is entered in favor of NDN Collective and against Nicholas Uhre on Uhre's claim of defamation;

- judgment is entered in favor of Retsel Corporation and against NDN Collective in the amount of $812.00 in compensatory damages on Retsel Corporation's claim for nuisance; and

- that plaintiffs are awarded attorneys' fees in the amount of $2,072,588.61, out-of-pocket costs in the amount of $286,617.24, and sales tax in the amount of $146,270.76.

Dated July 7, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

3