UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| NDN COLLECTIVE, SUNNY RED BEAR, NICK COTTIER, BRE JACKSON, MARY BOWMAN, and GEORGE BETTELYOUN, <br><br> Plaintiffs, <br><br> v. <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, <br><br> Defendant, <br><br> and <br><br> RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO, and NICHOLAS UHRE, <br><br> Counterclaimants, <br><br> v. <br><br> NDN Collective, <br><br> Counterclaim Defendant. | Civ. No. 5:22-cv-05027-KES <br><br><br> **DEFENDANT AND COUNTERCLAIMANT RETSEL CORPORATION AND COUNTERCLAIMANT NICHOLAS UHRE'S AMENDED NOTICE OF APPEAL** |

Through this amended notice of appeal, notice is hereby given that Retsel Corporation, Defendant and Counterclaimant, and Nicholas Uhre, Counterclaimant (together, the "Retsel Defendants"), in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this action on December 22, 2025 (ECF No. 435, attached as "Exhibit A") and the amended judgment entered in this action on July 7, 2026 (ECF No. 484, attached as "Exhibit B"), as well as from the following orders:

- the order entered on June 23, 2026, denying the Retsel Defendants' motion for relief from judgment, under Federal Rules of Civil Procedure 60(b)(2) and 60(b)(6) (ECF No. 481, attached as "Exhibit C");

- the order entered on June 30, 2026, denying Retsel Corporation's combined renewed motion for judgment as a matter of law, under Federal Rule of Civil Procedure 50(b); alternative motion to alter, amend, or remit the judgment, under Federal Rule of Civil Procedure 59(e); and further alternative motion for a new trial, under Federal Rule of Civil Procedure 59(a) (ECF No. 482, attached as "Exhibit D"); and

- the order entered on July 7, 2026, partially granting Plaintiffs' motion for attorneys' fees, under Federal Rule of Civil Procedure 54(d); and denying Retsel Corporation's cross-motion for discovery, an evidentiary hearing, and referral to a special master or magistrate judge (ECF No. 483, attached as "Exhibit E").

The Retsel Defendants previously filed their notice of appeal on January 21, 2026, appealing the December 22, 2025 judgment and all rulings, orders, and decisions interlocutory to or underlying that judgment. (ECF No. 451, attached as

1

"Exhibit F"). The Retsel Defendants intend this appeal to encompass all rulings, orders, and decisions that merge into, are subsumed within, or are otherwise reviewable on appeal from the original judgment, amended judgment, and post-judgment orders.

Dated: July 21, 2026

*Haylee M. Culver*

Haylee M. Culver (SD Bar #4993)
Don Derrico (admitted *pro hac vice*)
GORDON REES SCULLY MANSUKHANI
283 West Front Street, Suite 003
Missoula, MT 59802
701-970-2339
hculver@grsm.com
dderrico@grsm.com

Paul J. Andrews
ANDREWS LAW OFFICE, LLC
528 Kansas City Street, Suite 5
Rapid City, SD 57701
605-718-4001
paul@andrewslawofficellc.com

*Attorneys for Defendant and Counterclaimants, Retsel Corporation and Nicholas Uhre*